FILED

2023 Feb-24 PM 05:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2023 FEB 24  A 10: 32

U.S. DISTRICT COURT
N.D. OF ALABAMA

Priscilla A. Ellis -03260180 )
_____ )
*Plaintiff* )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
)
-v- )  Case No. 7:23CV231- MHA-NAD
)  *(to be filled in by the Clerk's Office)*
United States of America )
Federal Bureau of Prisons )
Aliceville FCI Employees UNKNOWN )
Solicitor General Of the USA )
Attorney General Merrick Garland )
Warden Kimberly Neely Aliceville )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Priscilla A. Ellis |
| All other names by which you have been known: | Priscilla A. Ellis-Erkkila |
| ID Number | 03260-180 |
| Current Institution | Aliceville FCI |
| Address | P.O. Box 4000   Unit C1 |

| | | |
|---|---|---|
| Aliceville | Alabama | 35442 |
| *City* | *State* | *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Love |
| Job or Title *(if known)* | Lieutenant |
| Shield Number | |
| Employer | Federal Bureau Of Prisons |
| Address | Aliceville FCI   P.O. Box 445 |

| | | |
|---|---|---|
| Aliceville | Alabama | 35442 |
| *City* | *State* | *Zip Code* |

☒ Individual Capacity      x☒ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Mr. Dunkin |
| Job or Title *(if known)* | Was SHU Officer |
| Shield Number | |
| Employer | Federal Bureau Of Prisons |
| Address | Aliceville FCI·  P.O. Box 445 · |

| | | |
|---|---|---|
| Aliceville | Alabama | 35442 |
| *City* | *State* | *Zip Code* |

☒ Individual Capacity      x☒ Official Capacity

Defendant No. 3

| | |
|---|---|
| Name | Mr. Weston |
| Job or Title *(if known)* | Officer  ( was Shu Officer at time of incident) |
| Shield Number | |
| Employer | Federal Bureau Of Prisons  - Was Aliceville FCI |
| Address | P.O. Box 445      Aliceville FCI |

| Aliceville | Alabama | 35442 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☒ Individual Capacity       ☒XX Official Capacity

Defendant No. 4

| | |
|---|---|
| Name | Mr . Moore |
| Job or Title *(if known)* | Lieutenant - Male Moore |
| Shield Number | |
| Employer | Federal Bureau Of Prisons - Aliceville FCI |
| Address | P.O. Box 445 - Aliceville FCI |

| Aliceville | Alabama | 35442 |
|---|---|---|
| *City* | *State* | *Zip Code* |

X☒ Individual Capacity       X☒ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒X   Federal officials (a *Bivens* claim)

☐   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The right to Medical Care, especially in an emergency.

The right to be treated with humanity, especially in state of need of medical emergency care.
these basic rights are protected under the 1st and 8th Amendments of the United States Constitution.  No one should be taunted and rediculed when merely seeking medical care in state of emergency.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

> The right to medical care in state of emergency 1st and 8th
> Amendment.  Their denial of basic medical care was cruel and
> caused grave mental and physical injuries , both short & long term

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Was taunted and rediculed, and denied medical attention which
> caused me to be rushed to the hosiptal with BP of 206/118 the following
> morning, admitted in the hospital for 6 days on oxygen  and bed pan.
> which could have resulted in death.    (see attached)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒x Convicted and sentenced federal prisoner

☐ Other _____
   *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

> Aliceville FCI - 21/22 August 2022 SHU ( see camera footage )
> over 8 witnesses available that is still housed at Aliceville FCI

C. What date and approximate time did the events giving rise to your claim(s) occur?
   21 August 2022 SHU = Solitary Housing Unit

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
   21 August  2022 around 6:30 pm at Aliceville FCI SHU
   (SHU= Solitary Housing Unit)
   Was rediculed and denied Medical Care during State of Emergency

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.
   Was hospitalized  and puit on Oxygen and a bed pan for 6
   days, rushed to the hospital by ambulance the following
   morning with blood pressure of 206/118 and swollen esophagus
   could only eat ice chips for 4 days.

**VI.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

   I am requesting monetary damages for pain and suffering,
   mental distress and anxiety, mental and physical trauma
   emotional distress , mental anguish, physical pain and
   long term physical and emotional pain and distress

   I also want all involved to be re-trained on dealing with
   inmates requesting medical care, as they are not medical
   professionals and should never deny anyone basic medical
   attention, it is not up to them to decide whether or not
   a person is malingering or not. That is for medical staff.
   All should be re-trained or terminated from the Federal
   Bureau of Prisons. I am a Military Vetran that served
   my country honorably, and what happened to me, I would not
   want to happen to anyone, especially in America.
   The way that I was taunted and laughed at and told that they
   would not call medical personnel or dial 911 because I was
   talking to them is out landish.   My Bunk mate was asked
   if she knew CPR by Officer Weston, and when my bunk mate
   replied " no , but this lady is sick", Officer Weston went
   on to taunt and laugh with the others saying" Well you
   had best know CPR tonight". LT Love taunting saying that
   he would NOT call medical care, becasue " You are fine,you
   are talkingto me, so you are ok." I told him that I am
   a chronic Blood Presure patient and had not taken my medicine
   and that my chest was hurting and am an older woman, a woman
   knows her body, they all just kept laughing, told me that they
   would make rounds every 30 moinutes, me being gullible did
   not know that was the regular time of their rounds.  What
   they did is unacceptable.
   5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒☒Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Aliceville FCI

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒☒X  Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

XXXX☒    Do not know

If yes, which claim(s)?
I gave THE Warden a copy of the written complaint in her hands when she came through for her SHU rounds., I also turned in an 8.5 to the Unit Counselor, that to date has not been responded to, nor did I receive anything back in writing from the Warden.

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐XX Yes  in writing to the Warden and to the Counselor at my Unit

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☒ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Aliceville FCI, Warden, Unit Counselor and sent copy to the Central Office of the Federal BUreau of Prisons.

2.  What did you claim in your grievance?

I told the exact events of what occurred and quoted their SOP which states that an inmate would receive adequate medical care during both regualr duty hours by their Staff and Off Site Medical personnel after hours. This was not given to me. I was denied

3.  What was the result, if any?

To date 6 months later, no one has responded in writing, nor offered a basic apology.  NO ONE.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

You cannot appeal anythign if they just ignore and choose not to respond , in hopes that it will go away.   If they do this to someone who has been Federal Governcmnt for 30 plus years, as military veteran and spouse, then what do they do to the regular inmate that has no clue in how to seek relief or just adequate basic rights.  There must be a change in this system or it must be dissolved. If the Federal Bureau of Prisons has custodial custody of a person then they should maintain the adequate basic essential needs of that person to include adequate basic medical necessities.  Even when they are short of staff , they have an obligation to provide medical care, especially durign the state of an emergency.

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

        _____

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        `I gave the Warden a written complaint in her hands and verbally`

        `told her what happened as well as gave 8.5 to Unit Counselor`

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        `I verbally expressed what happened to the Warden as well`

        `as gave her a written outline word for word of what took place,`

        `and written grievance to Unit Counselor. To Date, No Response`
*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

        `(see attached)`

**VIII.  Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐  Yes

☒  No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

     ☐   Yes

     ☒   No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.    Parties to the previous lawsuit

         Plaintiff(s)    _____

         Defendant(s)    _____

     2.    Court *(if federal court, name the district; if state court, name the county and State)*

         _____

     3.    Docket or index number

         _____

     4.    Name of Judge assigned to your case

         _____

     5.    Approximate date of filing lawsuit

         _____

     6.    Is the case still pending?

         ☐   Yes

         ☐   No

   If no, give the approximate date of disposition.    _____

     7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         _____

**IX.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | |
|---|---|
| Printed Name of Plaintiff | Priscilla A. Ellis - Inmate Number 03260-180 |
| Prison Identification # | 03260-180 |
| Prison Address | Aliceville FCI, Unit C1 - P.O. Box 4000 |
| | Aliceville      Alabama    35442 |
| | *City*        *State*    *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         (Date)

_____
Signature of Plaintiff

10

Ellis,PriscHla
08/22/22
D0025786646426
DOB 12/06/1964 F 57
M003237012

Exhibit B

Shows Ellis Hospital Bracelet

Admitted From 22 August 2022 Ynnush
28 August 22, After being denied medical
8·31-2022 by Aliceville FCI SIS Lieutenant
B. Love & Staff
Ellis Had Blood Pressure 206/118 & Esophagus
was Swollen Shut & backed up to neck could
Die... Trachea Death

,artment of Justice

.al Bureau of Prisons

**Regional Administrative Remedy Appeal**

ype or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Ellis, Pescille A.     D326 0180     C2     Aliceville FCI
  LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

I am appealing the Warden's decision dated 6-23-2022 to deny my compassionate release based upon my underlying medical conditions. First of all, I have not been diagnosed by a doctor since I have been here., They are still not giving me all of my medications as atatched, as soon as I stepped foot on this compound prior to diagnosing me, the Wack Doctor Li took away a lot of my medications that have been prescribed to me for years, even prior to incarceration by the Veterans Hospital. I have a visible Port exposed that sticks out of my chest and have not been x-rayed nor drained and I do not and cannot get the appropriate diet in the FBOP with my medical conditon. They do nto allow me to take my food back to the Unit without sneaking it out of the Chow Hall which means that I would be hungry or starved as with my medical Lap Band, I have to eat very slow or throw up all over the place, it takes over an hour to eat one meal ( Small) . I have seizures , I have hypertension ( CHronic, as my mom died at age 36 from Hypertension) , I have partial hearing in right ear and ear Ulcers that cause severe pain. I would like a compassionate release ( see attached)

_____ DATE        _____ SIGNATURE OF REQUESTER

**Part B - RESPONSE**

*Proof, they were well Aware of my medical Conditions months before being denied medical & resulting in Hospitalization*

_____ DATE        _____ REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

**Part C - RECEIPT**                CASE NUMBER: _____

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT          INSTITUTION
SUBJECT: _____

_____ DATE        _____ SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

NCS  03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

------------------------------------------------------------------------------------------

ROM: 03260180
TO:
SUBJECT: GRIEVANCE/DENIAL MEDICAL
DATE: 10/03/2022 09:28:14 AM

Priscilla Ellis
    03260180
    Hospitalized 22 through 28 August 2022
    DCH Hospital , Aliceville, AL

    DENIED MEDICAL ATTENTION BY ALICEVILLE FCI STAFF

On 8-21-2022, Ellis was feeling ill and requested medical attention.  The Officers in the SHU reused to give Ellis medical attention and eventually Ellis pushed the button and asked for them to call a Nurse or Doctor.   They again refused Ellis medical attention but did call the Lieutenant eventually.

SIS Lieutenant B. Love was the Lieutenant on duty that night and he said that it was after 7:30 and the Medical staff had let for the day. I said well I need medical attention I am sick, sick and have chronic hypertension and I had not eaten before you put me in the SHU , so have not taken my medicine yet for the day and I feel  that my pressure is rising and I   and am having Horrible Chest Pains as though am having a Heart attack. I told him that I also have Grandma seizures.

Lt. B Love looked at me and said " you are talking to me so you are ok". I said to him "Sir, I am not a kid, I am an Older Lady, almost 60, I know my body".

Lieutenant Love responded " Well you are acting like a kid right now", " I am NOT calling anyone you will be fine, they will be here by 6:00 am in the morning.

Lieutenant love was laughing and taunting, and his staff the same

Officer Weston, as my Bunkie ( Cynthia Presume) "Do you know CPR"?  Ha Ha Ha!  (Laughing and giggling)
Cynthia, said , " I don't know CPR, but I know that this lady is sick", she is not joking".

Weston replies " Well you had best know CPR tonight" Ha ha ha ( laughing and joking, and the rest of the officers chimed in to laugh and  joke and taunt.

Officer Dunkin
Officer Lott
Officer Weston
Lieutenant B. Love
Lieutenant Moore ( Male Lieutenant)
_____

_____

After all of the taunting , I asked directly Lieutenant B. Love ( Whom was in charge)

"Sir, are you denying me medical"?  I served my country honorably for over 30 years as a Army soldier nd Army spouse at the highest level, we were part of NATO, and this lets every American have access to adequate medical care."
"LT. B Love  ( Lieutenant in Charge) said " I am NOT calling anyone, you will be fine and walked away with his staff in tow and laughing all of the way out. Lt Love's last words on the eh way out while all were laughing said " I will have them make rounds every 30 minutes to check on you"

This is their normal times for rounds.  This was another mimicking Joking, I was not aware, until someone said that is when they come around Ms. Ellis is every thirty minutes.  This is sad and shameful.  This is the Head Lieutenant of SIS that throws people in the SHU , when he has no evidence or reason to do so.  In other words, over reach and abuse of Power (Color of law Abuse) (violation of Government Ethics), ( Abuse of Office) etc..

Everyone started banging and yelling for HELP, after I started seizing out and no one returned.

I stood in the shower after I could stand from the seizure, and pushed the button over and over trying to keep my blood flowing

_INCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

---------------------------------------------------------------------------------------------

and circulated. After what seemed like hours, I came out when I saw it started getting light and just when I told my Bunkie am sorry , will try to lay down, about an hour later

Nurse Etheridge and Officer Robertson came in and said Ellis, "come, we are taking you to medical".

When we got tot he little Medical room in the Shu, Nurse Etheridge did an EKG, she said she could not read it so she called Dr. Williamson and told him she wanted him to read it and told him that my Blood Pressure was 206/118 and so he told them to bring me over to the Main clinic where he was.

Upon arrival Dr Williamson checked my Blood pressure 3 times and saw that it was escalating and he stopped with the 206/118 and started giving me Nitro Glycerin tablets under my tongue, hooked me up to IV Fluids and  called an ambulance to get me out of there, my chest felt like it was going to cave in and it took the ambulance over an hour plus to arrive , even though they told Nurse Etheridge that they would be there within 20 minutes, it was closer to TWO HOURS for them to arrive.

Once I arrived the Hospital , they took again checked blood pressure it was escalating from the 206/118, they took me down for a CT ( Cat Scan) (Upper) and found that my esophagus was swollen and backed up to my neck and would not allow me to eat anything nor drink and liquids for 4 (Four days) I was eventually put on Oxygen Ventilator) had to use a bed pan, and was in the Hospital for 6 days.

I was told by Dr. Donaldson and Dr. Gharvan that had I gone to sleep that Night of the incident, I would have possibly DIED, yet Lieutenant B. Love and his staff on their own free will denied me medical attention and treatment which caused me mental anguish, physical and emotional pain and grave anxiety that could have resulted in DEATH.

This is worse then the George Floyd/ Chauvin case, when a senior Officer is wrong, then one of the other Officers, should have stepped up and took responsibility to dial 911 to possible preserve life and remove the physical pain and emotional distress.

Just because Ellis was not crying and screaming, they assumed that I was NOT sick.  An adult knows their body, especially a WOMAN.

This should be unacceptable anywhere in t he United States of America, and especially Prison where Inmates rely upon the Federal Bureau of Prisons and Federal Government for Care, and have no other option as persons in a regular community environment.

All involved in this situation should be immediately terminated and or relocated to another facility AFTER they go through further training on handling medical situations.  NONE of them are doctors or medically inclined to determine if someone is malingering or faking.

They should always seek out Medical staff and let the determination be made there, as to further actions on dealing with the Inmate.

This could have been avoided, as Ellis had put in over 30 plus sick call slips since arriving Aliceville FCI and still has NEVER seen the Doctor, even prior to them denying the request for compassionate release.  This should be unacceptable anywhere in the United States to include Prison.

Ellis has NEVER had one incident report since arriving Federal Bureau of Prison for insolence or otherwise, because she is a professional on the outside of prison that was authority, so RESPECTS Authority.

I served my Country so that All Americans can enjoy the protected Freedoms of the United States Constitution that includes adequate Medical Care.

I want TOTAL Accountability for the actions of each of these employees that could have caused DEATH, to me and possibly other inmates , solely because they want to Joke, and taunt and Abuse their power and put on a show amongst each other of " Look at me, I am the Dummy in Charge"!  NO ONE SHOULD HAVE TO GO THROUGH THIS, NO ONE!

No one with a family member at home would not show compassion, especially towards a woman.  We are Inmates but above all we are HUMAN and WOMEN!

I want Full Accountability!

_INCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

-----------------------------------------------------------------------------------------------

Medical Services Page 37 of Handbook /A&O Aliceville States":

An inmate will receive adequate Medical Attention. The BOP inmate Health care delivery system includes local ambulatory clinics as well as major medical centers. Locally, emergency medical care is available 24 hours a day in ALL OP Facilities . BOP Clinical staff typically covers the day and evening shifts and community personnel meet the Emergency Needs when BOP Clinical staff is not on site.

Page 38 of this Handbook States

All Emergencies or injuries receive priority for Treatment. Appropriate Medical Care will be provided by Institution Clinical Staff, on call Staff if After Hours, or by community Emergency Medical Providers. ( This is apparently if the Aliceville FCI Staff calls them in an appropriate manner and time frame to prevent further injury/suffering to them Inmate) Which was clearly not the case in Ellis' case being that she had to wait until the next morning to receive care and suffered throughout the night, as well as the Ambulance Service told Nurse Etheridge that they would be there in 20 minutes and it was almost TWO HOURS before they arrived. This is not sufficient in a Life or death emergency medical situation.

A change for progress must be made.

Priscilla A. Ellis
U.S. Army Veteran

Incarcerated at Aliceville FCI

Hospitalized at DCH from 22 through 28 August 22
Dr. Donaldson
Dr Gharvan
Dr. Bilten

INCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

-------------------------------------------------------------------------------

on 8-21-2022 I was lied on by a girl that was back and forward to the SHU, emailing to SIS and telling them that I threatened her. ( I did not) and nor did SIS investigate but called me over and told me that he had to put me in the SHU. He just asked if I knew Martial Arts and I told him that I am an Army Veteran so military trained and he said, " You are going to the Shu" . I asked for what? He said because I said so"".

I told him that I had a visit scheduled for 3:30 and that I prepare my food every day between 12:30 and 2:00 because I et once a day and had not taken my Blood pressure meds or other meds until after I eat and explained to him that I was a chronic heart patient .

Around 7:00 Pm 8-21-22, I started having extreme CHEST Pains as though I was having a Heart attack. My Bunk Mate pushed the emergency button. The staff came down and I told them just that. I was Having chest pains and could feel that my Blood pressure was high, they called SIS Lieutenant B. Love and Lieutenant Moore ( Male). There are two Lieutenant Moore's 1 male and 1 female.

Lieutenant B. Love (Head of SIS) Told me that his medical staff had left and that I would have to wait until morning. I told him that I was having severe chest pains and that I am a chronic heart patient and have chronic hypertension and that I was an older lady and know my body, I am sick, would you please dial 911. He said you are fine, you are talking to me, so you must be fine. I said " Sir , I am sick, I need medical attention, My chest feel like it is about to explode and I told you that I have hypertension. " I served my country honorably for over 31 years so that you can stand here and deny me the basic medical attention that soldiers fight everyday for all to have. " I said , I am not a kid, I need an ambulance " Lieutenant B. Love said well you re acting like a kid right now, and his Officer Weston chimed in to say to my Bunk Mate ( Cynthia Presume) Do you know CPR and Cynthia said " No, I don't know CPR , but I do know that this lady is sick " and need medical attention. Officer Weston, chimed in laughing and the rest all laughed and followed in suit with he heckling, "well you ha d best know CPR tonight" ha ha ha, all laughing and so once again, I asked Lieutenant B. Love SIS lieutenant ad Lieutenant in charge of the compound that night ( are you denying me Medical) " He laughed and said as they walked out , " ha ha , you will be okay until 6:00 am, I will have them check on you every thirty minutes)

( I was not aware at the time that this was another demoralizing joke of his ) Their regular rounds are every thirty minutes.

Officers involved
Lieutenant B. Love
Officer Weston
Officer Dunkin
Officer Lott
Lieutenant Moore (Male)
Officer Pearson (processed me into the SHU)
Officer Jackson ( assisted IN processing me into the SHU)

I had a Very bad Seizure les then 3 minutes later
(Lost all of my Bodily Fluids)

So had to get into t he shower, when I finally came to...(Thank God that this YOUNG lady was raised by her grandmother)

I pressed the shower button for what seemed like hours , trying to keep my blood circulating and to stay alert)

I finally saw day light peaking through and decided to come out, and apologized to my Bunk Mate Cynthia Presume and she said :don't apologize, I just want you to be ok.

Light headed, I laid down for a couple of hours and around 7:30 am , here comes Nurse Etheridge and also Officer Robertson, and they took me to the Medical room there in the SHU, Nurse Etheridge performed an EKG and  then she apparently saw some irregularities, because she called Dr. Williamson and asked if she could bring me to the Main CLinic that she was just a Nurse and did not feel comfortable making this call. Once we got there, Dr. Williamson checked my Blood pressure and saw that it was 206/118. He checed it three ties and it was escalating, he started to give me Nitro Glycerin tablets under my tongue and said to call an ambulance to get her out of here NOW!

It took the ambulance over two hours to arrive.

Once I arrived DCH Hospital my blood pressure was steadily rising, they took me down for a CT scan and saw that my esophagus was swollen and back up to my neck, causing the chest pain because it is so close to the heart.

_INCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

------------------------------------------------------------------------------------------------

I could NOT eat anything nor drink anything for 4 days ( Just shaved ice)

I was told that had I laid down that Night and gone to sleep I would have died.

I was on a ventilator for oxygen and had to use a bed pan. I was hospitalized for 6 day

I think that this is far from being ok as Lieutenant Love and his staff heckled.

I want full accountability. I want to be able to tell my story to the Judicial committee, and to Congressman Durbin and Ossify, could you forward this to all Judicial committee members in Congress and to Director Colette Peters and Attorney General Merrick Garland and Assistant Attorney General Lisa Monaco.

The Federal Bureau of Prisons has done so much corruption to me. They altered my Final sentence and added a SAM without a Court Judgement at the request of my Racist Prosecutor over 1 year AFTER my sentence, to keep me from getting help to clear my name as an innocent victim and I keep getting victimized over and over again. I finally started getting help from a Para Legal a few months ago that has helped me respond quicker to my Writ of Habeas.

I need Help Ms. White, and I hear that you are an open corridor for us inmates that are being unjustly abused by this horrible system in America. I think t hat I am in a Third World Country.

Would you assist one more inmate me?

I am sure that you receive stories like this on a daily basis, there must be a change. I served my Country Honorably to avoid what I am going through.

I want all of these people terminated and I want to file a Civil action. If you can refer me to a civil attorney, I would greatly appreciate it.

If you can send me a couple of attorneys to call and their local numbers, I would greatly appreciate it, as well as again getting this out to as many congressional staff and attorneys as I would really like to testify before the Judicial committee on Prison reform and abuse..

I would like to speak to Director Colette Peters as well.   We served in the eh military at the highest level in NATO College

see class of 1997 ( Lieutenant Colonel Victor and Priscilla Ellis)  And traveled all over the World to the different NATO and PFP Countries ( PFP = Partnership for Peace)

Thank you for your time and consideration. If you would like for me to call , please give me a good time for 1 October and beyond as then I will have phone minutes.

My sister is my POA, whom you can speak to also, she and her husband are also retired military

SHARON CALLENS
Ph# 254-630-6885
Email. Sharon. Victor1@aol...com
5328 Center Hill Drive
Fort Worth, Texas 76179

Please also ask her to send you the link for my Legal Go Fund me Page, so you can read my story.

Thank you again

Priscilla A. Ellis
U.S Army Veteran

TRULINCS  03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

-------------------------------------------------------------------------------------------------

FROM: Shawz, Gary
TO: 03260180
SUBJECT: Gm. I hope that you're doing well. Here is what I'll be sending off. I sis not include Cynthia's name unless she doesn't mind.
DATE: 09/30/2022 08:06:01 AM

To whom it may concern,

I am writing on behalf of Priscilla Ann Ellis who is currently incarcerated at FCI Aliceville under register number #03260180.

Ms. Ellis alleges that on August 21, 2022,  a SIS investigator told her that she was going to be placed in the SHU and when Ms. Ellis asked for what, this investigator told her because he said so.  Ms. Ellis also informed this investigator of her dietary needs as she is a chronic heart patient.

On August 21, 2022 at approximately 7:00 pm, Ms. Ellis began experiencing severe chest pains and her cellmate activated the alert button at which time SIS Lieutenant B. Love and Lieutenant Moore came over and Ms. Ellis advised them of the severity level of her chest pain as well as her blood pressure elevation.

She was then told by SIS Lieutenant B. Love, who is the head of SIS, that she would have to wait until the next morning as there was no staff available to see her. Ms. Ellis reiterated her severe symptoms and that she was also an elderly woman and for SIS Lieutenant Love to please call 911, and his response was that if she could talk, then she was fine, and that she was acting like a kid. Both Lieutenant Love and Officer Weston asked her bunk mate if she knew CPR and when she explained that she didn't, Officer Weston laughed and said, "well you had best know CPR tonight."  Ms. Ellis questioned their denial of her receiving medical attention and she was told that she will be okay until 6:00 am, and that she will be checked on every thirty minutes. But a few minutes later, she suffered a seizure and lost control of her bodily fluids.

Ms. Ellis informs that she pressed the shower button for a long period while trying to keep her blood circulating, and that her bunk mate was able to assist her in order to keep her alert.

The following morning around 7:30 am, she was approached by Nurse Etheridge and also Officer Robertson, at which time she was taken to the Medical room located in the SHU. Nurse Etheridge performed an EKG and then as soon as she saw some irregularities, she called Dr. Williamson and asked if she could bring Ms. Ellis to the Main Clinic because she was just a nurse and did not feel comfortable making this call.  Once they arrived there, Dr. Williamson checked her blood pressure and saw that it was 206/118.  He then checked three additional times, and her pressure began escalating. He began to administer Nitro Glycerin tablets under her tongue and requested someone to call an ambulance because Ms. Ellis immediately needed to be transported. This ambulance arrived nearly two hours to later.

Once they arrived at DCH Hospital, Ms. Ellis' blood pressure continued to spike, and then she was taken  down for a CT scan which revealed that her esophagus was swollen all the way back up to her neck, causing the chest pain as it was so close to the heart. She was told that if she had laid down that night and had gone to sleep, she could have died.

Ms. Ellis was hospitalized for six days and then placed on a ventilator for oxygen, and she also had to use a bed pan.

According to FCI Aliceville's Orientation and Admissions handbook, on page 37 under Medical Services it states:

The BOP inmate health care delivery system includes local ambulatory clinics as well as major medical centers. Locally, emergency medical care is available 24 hours a day in all BOP facilities. BOP clinical staff typically covers the day and evening shifts and community emergency personnel meet emergency needs when BOP clinical staff is not on-site.  SIS Lieutenant Love and the staff on duty that night failed to meet Ms. Ellis' emergency medical needs on the night in question.

On page 38 under the section titled
Emergency Medical Treatment, it states that:

All emergencies or injuries receive priority for treatment. Appropriate medical care will be provided by institution clinical staff, on -call staff if after hours, or by community emergency medical providers. Clinicians covering evenings, weekends and holidays provide treatment for acute medical problems and directly observed pill lines.

And according to the BOP program statement P6010.05, the purpose and scope is: "To deliver medically necessary health care to inmates effectively in accordance with proven standards of care without compromising public safety concerns inherent to the

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

--------------------------------------------------------------------------------------------------

Bureau's overall mission". And on page 2 under Administration it states that: "b. Core Principles. The following core principles support the Health Services Mission Statement:

   Human Value. All inmates have value as human beings and deserve medically necessary health care".

Again, all of the lieutenants and officers involved on the night of August 21, 2022 failed miserably to adhere to this portion of the policy as they cynically mocked Ms. Ellis and did absolutely nothing to seek out the medical attention that she required. And as a result of their negligent and infantile actions, Ms. Ellis could have died if not for the concerns and quick actions of Nurse Etheridge and Dr. Williamson.

Ms. Ellis is seeking full accountability for the actions of the following who were involved:

Officers involved
Lieutenant B. Love
Officer Weston
Officer Dunkin
Officer Lott
Lieutenant Moore (Male)
Officer Pearson (processed her into the SHU)
Officer Jackson ( assisted in processing her into the SHU)

Regardless of whatever her reasons are for being incarcerated, this treatment is unacceptable. It is her right to receive appropriate medical attention and treatment while she is under BOP custody. It is unconscionable that anyone would be treated with such inhumane treatment, especially an elderly woman and Army Veteran who also fought for this country.

I urge your agency to please look into this matter as it is quite evident that those involved need to be reprimanded and certainly re-trained on company policies and protocol. I would add a training on humanity as "all inmates have value as human beings and deserve medically necessary health care", but unfortunately, humanity is not something that can be taught.

Respectfully submitted,


Domita White

**<u>FOR USE BY INCARCERATED PERSONS</u>**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA** 2023 FEB 24  A 10: 32

***<u>APPLICATION TO PROCEED IN FORMA PAUPERIS</u>*** U.S. DISTRICT COURT
N.D. OF ALABAMA

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security

1.  Your full name:   Priscilla A. Ellis

    Present mailing address:   Unit C1, Aliceville FCI  P.O. Box 4000

    Aliceville, AL  35442

2.  Are you presently employed?        Yes ☒        No ☐

    If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

    Name and Address:   Aliceville FCI

    P.O. Box 445, Aliceville, AL 35442

    Amount of earnings: $ 21.00         per *(specify pay period)*   Month

    If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

    Name and Address:  _____

    _____

    Date last worked:  _____

    Amount of earnings: $_____ per *(specify pay period)* _____

3.  Have you received within the past twelve months any money from any of the following sources?

    (a)  Business, profession, or any form of self-employment?      Yes ☐   No ☒

    (b)  Interest, dividends, rents or investment income of any kind?   Yes ☐   No ☒

    (c)  Pensions, annuities, or life insurance payments?          Yes ☐   No ☒

    (d)  Gifts or inheritances?                      Yes ☐   No ☒

    (e)  Any other sources?                       Yes ☐   No ☒

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

1

_____
_____
_____

4.    Do you own cash, or do you have any money in any checking or saving accounts, including your prison or jail account?    Yes ☐    No ☒

        If the answer is "yes," state the total amount. $_____

5.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ☐    No ☒

        If the answer is "yes," describe the property and state its approximate value.

_____
_____

6.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

                    NA
_____
_____
_____

        I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated:    _2-17-23_                    _Priscilla A. Gil_
                                    SIGNATURE OF PLAINTFF

                                    ADDRESS    Unit C1, Aliceville FCI P.O
                                    Box 4000, Aliceville , AL 35442

                                    PRISONER NUMBER 03260-180

        ★★★ IMPORTANT NOTICE ★★★    *Printed Receipt Attached.*

**Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

2

Date: 02/13/2023
Time: 04:59:09 PM

Location: ALI

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 03260180   Inmate Name: ELLIS, PRISCILLA ANN          **Available Balance: $215.37**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 09/30/2022 | TL092022 | Pre-Release Transaction | | -$100.00 |
| 09/30/2022 | 33422273 | Money Gram | CALLENS | $300.00 |
| 09/30/2022 | 33422273 | Pre-Release Transaction | | $0.00 |
| 09/29/2022 | TL0929 | TRUL Withdrawal | | -$30.00 |
| 09/20/2022 | TL0920 | TRUL Withdrawal | | -$30.00 |
| 09/18/2022 | TL0918 | TRUL Withdrawal | | -$30.00 |
| 09/14/2022 | 33 | Sales | | -$6.85 |
| 09/14/2022 | 32 | Sales | | -$76.40 |
| 09/09/2022 | TX090922 | Transfer - In from TRUFACS | | $25.00 |
| 09/08/2022 | XFRP0922 | FRP Quarterly Pymt | | -$25.00 |
| 09/07/2022 | | Education Material | | -$15.00 |
| 09/01/2022 | 13 | Sales | | -$27.80 |

Inmate #: 03260180

Date: 02/13/2023                                                                 Location: ALI
Time: 02:56:28 PM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

| Inmate No: 03260180 | Inmate Name: ELLIS, PRISCILLA ANN | | Available Balance: $215.37 | |
|---|---|---|---|---|
| **Date** | **Reference #** | **Transaction Type** | **Sender Last name** | **Amount** |
| 10/31/2022 | 417 | BP 199 Request | | -$30.00 |
| 10/28/2022 | TL1028 | TRUL Withdrawal | | -$30.00 |
| 10/27/2022 | YADM0006 | UFMS Cancel Check - Manual | | $30.00 |
| 10/27/2022 | YADM0002 | UFMS Cancel Check - Manual | | $50.00 |
| 10/25/2022 | 30 | Sales | | -$220.40 |
| 10/24/2022 | 33422297 | Money Gram | JOHNSON | $100.00 |
| 10/24/2022 | 33422297 | Pre-Release Transaction | | $0.00 |
| 10/18/2022 | TX101822 | Transfer - In from TRUFACS | | $20.00 |
| 10/17/2022 | TL1017 | TRUL Withdrawal | | -$30.00 |
| 10/16/2022 | TL102022 | Pre-Release Transaction | | $150.00 |
| 10/13/2022 | 50 | Sales | | -$69.05 |
| 10/12/2022 | TL1012 | TRUL Withdrawal | | -$30.00 |
| 10/12/2022 | TL102022 | Pre-Release Transaction | | $50.00 |
| 10/07/2022 | | Education Material | | -$15.00 |
| 10/05/2022 | 37 | Sales | | -$184.00 |
| 10/02/2022 | TL102022 | Pre-Release Transaction | | -$100.00 |
| 10/02/2022 | 33422275 | Money Gram | JOHNSON | $100.00 |
| 10/02/2022 | 33422275 | Pre-Release Transaction | | $0.00 |

Inmate #: 03260180

Date: 02/13/2023
Time: 12:10:11 PM

Location: ALI

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 03260180 | Inmate Name: ELLIS, PRISCILLA ANN | | Available Balance: $215.37 | |
|---|---|---|---|---|
| **Date** | **Reference #** | **Transaction Type** | **Sender Last name** | **Amount** |
| 11/30/2022 | TL112022 | Pre-Release Transaction | | -$200.00 |
| 11/30/2022 | 33422334 | Money Gram | CALLENS | $300.00 |
| 11/30/2022 | 33422334 | Pre-Release Transaction | | $0.00 |
| 11/30/2022 | TL112022 | Pre-Release Transaction | | $200.00 |
| 11/30/2022 | TL1130 | TRUL Withdrawal | | -$30.00 |
| 11/25/2022 | TL1125 | TRUL Withdrawal | | -$30.00 |
| 11/21/2022 | TL112022 | Pre-Release Transaction | | $100.00 |
| 11/21/2022 | 8 | Sales | | -$26.00 |
| 11/21/2022 | 25 | Sales | | -$2.70 |
| 11/21/2022 | 24 | Sales | | -$207.60 |
| 11/20/2022 | TL1120 | TRUL Withdrawal | | -$30.00 |
| 11/19/2022 | TL112022 | Pre-Release Transaction | | $200.00 |
| 11/19/2022 | TL1119 | TRUL Withdrawal | | -$30.00 |
| 11/16/2022 | 417 | Tithes | | -$30.00 |
| 11/16/2022 | 417 | BP 199 Request - Released | | $30.00 |
| 11/13/2022 | TL1113 | TRUL Withdrawal | | -$30.00 |
| 11/12/2022 | TL1112 | TRUL Withdrawal | | -$30.00 |
| 11/07/2022 | 92 | Sales | | -$1.50 |
| 11/07/2022 | 91 | Sales | | $9.95 |
| 11/07/2022 | 90 | Sales | | -$224.15 |
| 11/07/2022 | | Education Material | | -$15.00 |
| 11/04/2022 | TX110422 | Transfer - In from TRUFACS | | $43.00 |
| 11/03/2022 | TL1103 | TRUL Withdrawal | | -$30.00 |
| 11/01/2022 | 33422305 | Money Gram | CALLENS | $300.00 |
| 11/01/2022 | 33422305 | Pre-Release Transaction | | $0.00 |

Date: 02/13/2023                                                                     Location: ALI
Time: 11:45:20 AM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 03260180   Inmate Name: ELLIS, PRISCILLA ANN**           **Available Balance: $215.37**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 12/31/2022 | YICP1222 | Inmate Co-pay | | -$2.00 |
| 12/30/2022 | TL122022 | Pre-Release Transaction | | -$50.00 |
| 12/29/2022 | 33422363 | Money Gram | CALLENS | $300.00 |
| 12/29/2022 | 33422363 | Pre-Release Transaction | | $0.00 |
| 12/24/2022 | TL1224 | TRUL Withdrawal | | -$30.00 |
| 12/22/2022 | TL1222 | TRUL Withdrawal | | -$30.00 |
| 12/20/2022 | 24 | Sales | | -$218.85 |
| 12/19/2022 | 33422353 | Money Gram | JOHNSON | $100.00 |
| 12/19/2022 | 33422353 | Pre-Release Transaction | | $0.00 |
| 12/17/2022 | TL122022 | Pre-Release Transaction | | $100.00 |
| 12/15/2022 | TL1215 | TRUL Withdrawal | | -$30.00 |
| 12/13/2022 | YICP1222 | Inmate Co-pay | | -$2.00 |
| 12/09/2022 | TL1209 | TRUL Withdrawal | | -$30.00 |
| 12/09/2022 | 238-C | Tithes | | $30.00 |
| 12/08/2022 | YFRP1222 | FRP Quarterly Pymt | | -$25.00 |
| 12/07/2022 | 27 | Sales | | -$2.80 |
| 12/07/2022 | 26 | Sales | | -$228.25 |
| 12/07/2022 | | Education Material | | -$15.00 |
| 12/05/2022 | TL1205 | TRUL Withdrawal | | -$30.00 |
| 12/04/2022 | 33422338 | Money Gram | JOHNSON | $100.00 |
| 12/04/2022 | 33422338 | Pre-Release Transaction | | $0.00 |

Date: 02/13/2023
Time: 09:15:12 PM

Location: ALI

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 03260180 | Inmate Name: ELLIS, PRISCILLA ANN | | Available Balance: $215.37 | |
|---|---|---|---|---|
| **Date** | **Reference #** | **Transaction Type** | **Sender Last name** | **Amount** |
| 01/31/2023 | TL0131 | TRUL Withdrawal | | -$30.00 |
| 01/31/2023 | YICP0123 | Inmate Co-pay | | -$2.00 |
| 01/29/2023 | 33423029 | Money Gram | JOHNSON | $125.00 |
| 01/29/2023 | 33423029 | Pre-Release Transaction | | $0.00 |
| 01/25/2023 | TL0125 | TRUL Withdrawal | | -$30.00 |
| 01/25/2023 | TL012023 | Pre-Release Transaction | | $100.00 |
| 01/17/2023 | 47 | Sales | | -$4.85 |
| 01/17/2023 | 46 | Sales | | -$170.00 |
| 01/16/2023 | TL012023 | Pre-Release Transaction | | $30.00 |
| 01/16/2023 | TL0116 | TRUL Withdrawal | | -$30.00 |
| 01/13/2023 | TL012023 | Pre-Release Transaction | | $50.00 |
| 01/12/2023 | 1296 | Gift | | -$50.00 |
| 01/12/2023 | 1296 | BP 199 Request - Released | | $50.00 |
| 01/09/2023 | YIPP1222 | Payroll - IPP | | $21.00 |
| 01/09/2023 | YIPP1222 | Pre-Release Transaction | | $0.00 |
| 01/09/2023 | TL0109 | TRUL Withdrawal | | -$30.00 |
| 01/08/2023 | 33423008 | Money Gram | JOHNSON | $100.00 |
| 01/08/2023 | 33423008 | Pre-Release Transaction | | $0.00 |
| 01/07/2023 | | Tithes | | -$30.00 |
| 01/07/2023 | | Education Material | | -$15.00 |
| 01/06/2023 | TX010623 | Transfer - In from TRUFACS | | $20.00 |
| 01/04/2023 | 32 | Sales | | -$12.35 |
| 01/04/2023 | 25 | Sales | | -$149.80 |
| 01/04/2023 | TL012023 | Pre-Release Transaction | | $50.00 |
| 01/01/2023 | TL0101 | TRUL Withdrawal | | -$30.00 |
| 01/01/2023 | 1296 | BP 199 Request | | -$50.00 |

Date: 02/13/2023
Time: 10:25:27 AM

Location: ALI

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 03260180   Inmate Name: ELLIS, PRISCILLA ANN          Available Balance: $215.37**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 02/11/2023 | TL0211 | TRUL Withdrawal | | -$30.00 |
| 02/11/2023 | TL022023 | Pre-Release Transaction | | $100.00 |
| 02/08/2023 | YIPP0123 | Payroll - IPP | | $21.00 |
| 02/08/2023 | YIPP0123 | Pre-Release Transaction | | $0.00 |
| 02/07/2023 | TX020723 | Transfer - In from TRUFACS | | $50.00 |
| 02/07/2023 | | Tithes | | -$30.00 |
| 02/07/2023 | | Education Material | | -$15.00 |
| 02/06/2023 | TL0206 | TRUL Withdrawal | | -$30.00 |
| 02/04/2023 | 506-C | Tithes | | $30.00 |
| 02/02/2023 | TL022023 | Pre-Release Transaction | | -$200.00 |
| 02/02/2023 | 29 | Sales | | -$31.50 |
| 02/02/2023 | 28 | Sales | | -$183.70 |
| 02/01/2023 | 33423032 | Money Gram | CALLENS | $300.00 |
| 02/01/2023 | 33423032 | Pre-Release Transaction | | $0.00 |
| 02/01/2023 | TL022023 | Pre-Release Transaction | | $20.00 |
| 01/31/2023 | TL0131 | TRUL Withdrawal | | -$30.00 |
| 01/31/2023 | YICP0123 | Inmate Co-pay | | -$2.00 |
| 01/29/2023 | 33423029 | Money Gram | JOHNSON | $125.00 |
| 01/29/2023 | 33423029 | Pre-Release Transaction | | $0.00 |
| 01/25/2023 | TL0125 | TRUL Withdrawal | | -$30.00 |
| 01/25/2023 | TL012023 | Pre-Release Transaction | | $100.00 |
| 01/17/2023 | 47 | Sales | | -$4.85 |
| 01/17/2023 | 46 | Sales | | -$170.00 |
| 01/16/2023 | TL012023 | Pre-Release Transaction | | $30.00 |
| 01/16/2023 | TL0116 | TRUL Withdrawal | | -$30.00 |