FILED

2023 May-05 PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 10/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

2023 MAY -5  A 9: 52

U.S. DISTRICT COURT
N.D. OF ALABAMA

Priscilla A. Ellis 03260180

}
}
}
}
}

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

Amended Complaint

-v-

Federal Bureau of Prisons (FBOP)
Aliceville FCI
Warden Neely, Aliceville FCI
Lieutenant B. Love, Aliceville FCI
Officer Dunkin, Aliceville FCI
Officer Weston , Officer Lott
Lieutenant Moore (Male), Officer Beck
Officer Taylor
Officer Fair (Female)

Case No.: 7:23-cv-00231-MHH-NAD
*(to be filled in by the Clerk's Office)*

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

}
}
}
}
}
}
}
}
}
}
}
}
}

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

### INSTRUCTIONS FOR PRISONERS FILING A COMPLAINT

This packet contains two (2) copies of a complaint form and one copy of an Application to Proceed *In Forma Pauperis*. To start an action you must file an original signed and dated complaint.

Your complaint must be legibly handwritten or typewritten and the facts of the complaint must be set out clearly and concisely in chronological order. **You** must sign and date the complaint and provide complete contact information (*i.e.*, address and prisoner number). If you need additional space to answer a question, you may use an additional back page. Do NOT write on the reverse side of the complaint form.

You will note that you are required to provide facts in your complaint. **THE COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.**

No more than one plaintiff may be named in a complaint. Each plaintiff must file a separate complaint and pay the filing fee or submit an Application to Proceed *In Forma Pauperis*.

Your complaint may be brought in this court only if one or more of the named individual defendants are located within the geographical area covered by the United States District Court for the Northern District of Alabama, which contains the following counties: Bibb, Blount, Calhoun, Cherokee, Clay, Cleburne, Colbert, Cullman, DeKalb, Etowah, Fayette, Franklin, Greene, Jackson, Jefferson, Lamar, Lauderdale, Lawrence, Limestone, Madison, Marion, Marshall, Morgan, Pickens, Shelby, St. Clair, Sumter, Talladega, Tuscaloosa, Walker, and Winston.

You must file a separate complaint for each claim that you have unless the claims are all related to the same incident or issue.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00. If you are unable to pay the filing fee for this action, you may petition the court to proceed as an indigent party. An Application to Proceed *In Forma Pauperis* is included in this packet.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the following address: Clerk's Office, United States District Court, Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, AL 35203-2195 or Clerk's Office, United States District Court, Northern District of Alabama, 101 Holmes Avenue, Huntsville, AL 35801.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Priscilla A. Ellis |
| All other names by which you have been known | Priscilla A. Ellis-Erkkila |
| ID Number | 03260-180 |
| Current Institution | Aliceville FCI |
| Address | Aliceville    AL,    35442 |
| | *City*      *State*    *Zip Code* |

### B. The Defendant

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr B. Love |
| Job or Title *(if known)* | Lieutenant |
| Shield Number | |
| Employer | Federal Bureau of Prisons, Aliceville FCI |
| Address | Aliceville    AL    35442 |
| | *City*      *State*    *Zip Code* |

     XX Individual Capacity    XX Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Mr. Dunkin |
| Job or Title *(if known)* | Corectional Officer |
| Shield Number | |
| Employer | Federal Bureau of Prisons, Aliceville FCI |
| Address | Aliceville    AL    35442 |
| | *City*      *State*    *Zip Code* |

     XX Individual Capacity    XX☐ Official Capacity

Defendant No. 3

| | |
|---|---|
| Name | Warden Kimberly Neely |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | Federal Bureau of Prisons |
| Address | Aliceville |

Aliceville      AL      35442
*City*      *State*      *Zip Code*

☐   Individual Capacity     ☒   Official Capacity

Defendant No. 4

| | |
|---|---|
| Name | Lieutenant Moore (Male) |
| Job or Title *(if known)* | Lieutenant |
| Shield Number | |
| Employer | Federal Bureau of Prisons, Aliceville FCI |
| Address | |

Aliceville      AL      35442
*City*      *State*      *Zip Code*

☒   Individual Capacity     ☒   Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒X   Federal officials (a *Bivens* claim)

☐   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment of the US Constitution -Right to Medical Care

8th Amendment of the US Constitution- Cruel & Unusual Punishment

Defendant No. 5

| Name | Mr Weston | | |
|---|---|---|---|
| Job or Title *(if known)* | Correctional Officer | | |
| Shield Number | | | |
| Employer | Federal Bureau of Prisons, Aliceville | | |
| Address | Aliceville | AL | 35442 |
| | *City* | *State* | *Zip Code* |

⌧ Individual Capacity    ⌧ Official Capacity

Defendant No. 6

| Name | Ms Fair (Female) | | |
|---|---|---|---|
| Job or Title *(if known)* | Correctional Officer | | |
| Shield Number | | | |
| Employer | Federal Bureau Of Prisons, Aliceville | | |
| Address | Aliceville | AL | 35442 |
| | *City* | *State* | *Zip Code* |

⌧ Individual Capacity    ⌧ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

　　⌧x    Federal officials (a *Bivens* claim)

　　☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

```
1st Amendment of the US Constitution- Right to Medical Care
8th Amendment of the US Constitution- Cruel & Unusual Punishment
```

Defendant No. 7

| | |
|---|---|
| Name | Mr Taylor |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | |
| Employer | Federal Bureau of Prisons, Aliceville |
| Address | Aliceville    AL    35442 |

City    State    Zip Code

☒x Individual Capacity    ☒☒ Official Capacity

Defendant No. 8

| | |
|---|---|
| Name | Mr Beck |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | |
| Employer | Federal Bureau of Prisons, Aliceville |
| Address | Aliceville    AL    35442 |

City    State    Zip Code

☒ Individual Capacity    ☒☒ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒x   Federal officials (a *Bivens* claim)

☐   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment of the US Constitution- Right to Medical Care
8th Amendment of the US Constitution- Cruel & Unusual Punishment

Defendant No. 9

| | |
|---|---|
| Name | Ms Lott |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | |
| Employer | Federal Bureau Of Prisons |
| Address | Aliceville    AL    35442 |
| | *City*    *State*    *Zip Code* |

XX  Individual Capacity    XX  Official Capacity

Defendant No. 10

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*    *State*    *Zip Code* |

☐  Individual Capacity    ☐  Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

XX    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Ammendment of the US Constitution- Right to Medical Care
8th Amendment of US Constitution- Cruel & Unusual Punishment

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st Amendment - RIght to medical Care, especially in emergency

8th Amendment- Cruel & Unusual punishment

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each individual listed are guilty of medical indifference, Neglignce in providing or calling for medical care in the time of an emergency that oculd have resulted in death putting plaintiff in imminent danger and risk of sudden death violating written policy procedures regarding emergency medical

**III.  Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial Detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☒  Convicted and sentenced federal prisoner

☐  Other *(explain)*: _____

**IV.  State of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE SEE ATTACHED, DETAILED COMPLAINT ( pages 1 through 6)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

PART OF HTE EVENTS AROSE OUTSIDE OF THE INSTITUION WHEN

OFFICER FAIR (FEMALE) and OFFICER TAYLOR PICKED UP IN VAN WITH NO AIR CONDITIONING FROM HOSPITAL TEMPERATURE OVER 90 DEGREES

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

August 21, 2022 and August 22, 2022 at Aliceville FCI

in ALiceville, Alabama

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 21st around 6:30 to 7:30 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATATCHED DETAILED WRITTEN COMPLAINT (PAGES 1 through 6)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Mental and physical Injuries, emotional anguish, Post Traumatic Stress Disorder (PTSD) , Obesity from not being taken to Doctor monthly to service Medical Port

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff could never put an actual dollar amount on the actual permanenet damage she has experienced in this situation, but have request $5,000,000 Five million for mental and Physical damages and $4,000,000 for punitive damages or amicable agreeement between parties to avoid /prevent Jury trial.

SEE ATTACHED WRITTEN COMPLAINT (pages 1 through 6)

_____

_____

_____

_____

_____

_____

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Aliceville FCI

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒   Yes

☐   No

☐   Don't know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒   Yes

☐   No

☐   Don't know

If yes, which claims(s)?

Medical grievances

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes field 8.5 and gave Warden copy of written complaint in her hand directly

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No  NA

E. If you did file a grievance:

1. Where did you file the grievance?

To Warden and to the Case Manager

2. What did you claim in your grievance?

All of the events that arose that led me to being Hospitalized after being denied medical care during Emergency

3. What was the result, if any?

NONE- No apologies, no i've spoken to them . NOTHING

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

You cannot appeal something that you do not get a response to even Activist wrote complaint to the Prison Domita White and she also received no response in reference to the medical negligence and lack of medical attention and unprofessional behavior of the correctional staff at Aliceville FCI during a medical emergency that could have resulted in death and definitely could have avoided the extended excruciating suffering of pain prolonged due tot he medical neglect and indifference of the staff at Aliceville FCI

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:
       NA/ `filed grievance`

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
       `Warden Neely  and Case Manager Edgeworth`

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies:
    `Activist Domita White also wrote to the Aliceville FCI`

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes        `I already paid my court fees in thsi case`

☒   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☒☒    Yes   in this instant case that the court requested an amended complaint see order doc #3-1

    ☐    No

B.   If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit:   see doc # 3-1 in this case

        Plaintiff(s)  _____

        Defendant(s)  _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*:

        _____

    3.    Docket or index number:

        _____

    4.    Name of Judge assigned to your case:

        _____

    5.    Approximate date of filing lawsuit:

        _____

    6.    Is the case still pending?

        ☒☒    Yes   It's this same instant case , just amending complaint as ordered by the Judge

        ☐    No

        If no, give the approximate date of disposition: _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

    Still pending, Judge wanted me to outline that all of the above officers caused imminent danger that could have

**IX.**  **Certification and Closing**  resulted in death, PTSD, emotional & Physical Injury

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | |
|---|---|
| Printed Name of Plaintiff: | Priscilla A. Ellis |
| Prison Identification Number: | 03260-180 |
| Prison Address: | C1, Aliceville FCI |
| | P.O. Box 4000 |

| Aliceville | AL | 35442 |
|---|---|---|
| City | State | Zip Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-28-2023___

_____
Signature of Plaintiff

*Complaint Pages 1-6 Attached*

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

------------------------------------------------------------------------------

FILED

2023 MAY -5  A 9: 52

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DISTRICT

PRISCILLA A. ELLIS                              AMENDED COMPLAINT CIVIL ACTION NO: 7:23-CV-231-MHH-NAD
     Plaintiff

    vs.

FEDERL BUREAU OF PRISONS (FBOP)
ALICEVILLE FEDERAL CORRECTIONAL INSTITUTION (FCI)
WARDEN NEELY
LIEUTENANT LOVE
OFFICER DUNKIN
OFFICER WESTON
OFFICER LOTT
OFFICER BECK
LIEUTENANT MOORE (MALE)
OFFICER TAYLOR
OFFICER FAIR (FEMALE)

AMENDED COMPLAINT FOR
CIVIL SUIT  FOR MEDICAL NEGLECT AND INDIFFERENCE
TO MEDICAL EMERGENCY

I JURISIDICTION & VENUE

This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States.  The Court has jurisdiction under 28 U.S.C Seection 1331 and 1343 (a)(3).  Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202.  Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure

The Northern District of Alabama, Western District is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

II PLAINTIFFS

  PLAINTIFF PRISCILLA a. ELLIS IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF ALABAMA IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS.
Priscilla A. Ellis is currently confined in Aliceville FCI, in Aliceville , Alabama.

III DEFENDANTS

Kimberly Neely is the Warden at Aliceville FCI.  She is legally responsible for the overall operation , safety, custody and medical care of ALL inmates housed at Aliceville FCI as well as the conduct of all of the employees at Aliceville FCI, in Aliceville, Alabama. Warden Neely is responsible for the welfare of every prisoner located within the Aliceville FCI Prison.
As the head of Corrections , Warden Neely is also legally responsible for the overall operation of the corrections, care, custody and control of the Aliceville FCI Institution as well of the Conduct of all of the Officers employed at Aliceville FCI hired to maintain the Care, custody ,medical , control and welfare of the inmates housed at Aliceville FCI.

Officer Lott, Officer Beck, Lieutenant Love, Lieutenant Moore, Officer Weston, Officer Dunkin are ALL Correctional Officers at Aliceville FCI who at all times mentioned in this complaint, held the rank of  Officers employed by Aliceville FCI and was assigned to Aliceville FCI Operations or SHU (Solitary Housing Unit) at the time of the incident in which plaintiff is seeking

Page 1 of 6

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

--------------------------------------------------------------------------------------------------------

declaratory relief and monetary damages.

Each defendant is being sued individually and in his Official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

III - FACTS

On August 21st around 6:30 pm while housed unlawfully without merits in the SHU ( Solitary Housing Unit) Plaintiff started experiencing chest pains, and could barely stand so her cell mate Cynthia Presume pressed the Panic button ( which is for emergency assistance from Staff)

When the Officers arrived to include Lt B. Love, Lt Moore (Male), Officer Weston, Officer Lott inside the cage at the SHU , Standing at the Gate of the Shu outside the Cage was Officer Dunkin and Officer Beck.

Plaintiff voiced her excruciating chest pains and requested immediate medical attention. Lt B. Love denied her medical attention stating that the Medical staff had gone for the evening. Plaintiff explained to LT Love that she was hurting really bad, having anxiety attacks and suffered from Chronic Hypertension and could feel her blood pressure escalating and that she had not taken her blood pressure medicine before being brought here.

LT. B Love said" You will be fine until morning , nothing is wrong with you because you are talking to me right now. Plaintiff explained to Lt B. Love that she was an older lady near 60 and knows her body and that she is in need of emergency medical care to please call 911. Again Lt B. Love taunted that he was not going to call medical that his officers would make their rounds every 30 minutes to check on else to make sure she was ok and there is nothing wrong so not calling anyone , taunting and laughing that he is in charge and it's his call and his officers all in tow
Officer Weston
LT Moore (Male)
Officer Lott

All laughing and Officer Weston chimes in to ask Plaintiff's bunk mate Cynthia Presume if she knew CPR and Cynthia Presume said "NO", but this lady is sick, and Officer Weston starts laughing along with the others stating "well you had best know C.P.R tonight" Ha Ha Ha! The other Officers chimed in to laugh and taunt ( evident by Security Camera Footage)

By the way: Every 30 minutes is the Officers normal rounds, he was NOT making an effort to check to make sure that Ellis was alright. This was just more taunting. Plaintiff at that moment had no idea that the regular rounds were every 30 minutes.

Officer Dunkin at the Gate yelling , tell her to take an aspirin and lay down , "she will be alright"
Someone should have stepped up to call emergency medical care . They failed to provide Care, causing avoidable suffering.

Plaintiff could barely breathe and pleaded for help with no help rendered for medical care, nor would he call anyone. Plaintiff had a seizure attack, EVERYONE started banging and asking for Help, ( No one came) had to suffer through it, and finally again LT B. Love and LT Moore (Male) shows up again to say that they were NOT calling an ambulance, had to stand in the shower for hours until day light afraid to go to sleep, nor could she sleep because of the excruciating pain.

at 7:30 am here comes Nurse Etheridge and Officer Robertson coming and telling Plaintiff to come to the door and Plaintiff asked where was she going and Nurse Etheridge says we are taking you to medical.

Nurse Etheridge performed an E.K.G and took vitals. Blood pressure was 206/118 and the E.K.G was abnormal. Nurse Ethereidge immediately called Dr. Williamson and he told her to bring plaintiff over to the big clinic where he was. Dr. Williamson took Plaintiff's vitals again and Blood d pressure was escalating, he immediately started putting NITRO Glycerin tablets under Plaintiff's tongue and on on op of the excruciating chest pain, now the headaches come from the Nitro and the Nausea , plaintiff was already weak.

After 4/5 Nitro Glycerin tablets the blood pressure was still escalating and so Dr. Williamson called for an ambulance and told them to get Plaintiff out of here NOW!

It took the ambulance over 2 plus hours to arrive, plaintiff was out of it by then and upon arrival they started working on plaintiff.

After arriving hospital plaintiff was rushed down for a CT SCAN (Upper) and they found that Plaintiff's esophagus was swollen causing the chest pains and blood pressure was still over 206/118. The swelling of the esophagus caused back up and

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

------------------------------------------------------------------------------------------------

infection up the neck to the ear drum.

according to Doctors that rendered care to plaintiff at DCH Hospital Dr.. Gharvan and Dr. Donaldson, had Plaintiff waited a bit longer, she would have died. Had the Plaintiff not had a seizure the night before and gone to sleep , she possibly would have died.

Plaintiff was admitted into the Hospital at DCH on 22 August 2022 and was there for 6 days in which 4 of them plaintiff could only have ice chips no food or water, and was eventually put on an oxygen ventilator and bed pan.

See Attached Exhibit A with the detailed Denied Medical Attention by Aliceville Staff which details the medical procedures that Inmates are suppose to receive according to the Handbook given to all Inmates upon arrival to Aliceville FCI During Orientation.

Ellis was not afforded adequate Medical care as outlined, nor was Ellis afforded any medical care at a critical moment which cod have resulted in death, especially at a time that COVID was still very rapid and growing in the Aliceville community and Prison was already on modified operations.

Upon return from the Hospital Officer Fair (FEMALE) and Officer Taylor came to Pick Ellis up in a van that had no air conditioning and it was 95 degrees outside. This is more negligence by Aliceville FCI staff as all should perform a preventive maintenance check prior to taking a vehicle out on the road, especially to pick up an inmate that has been hospitalized, for over 5 days and already weak.

Plaintiff was dripping wet as though she had someone pour water n her and Officer Fair ( Female) told Officer Pearson the receiving Officer for Ellis " You probably need to give her a change of clothes, the air didn't work in the van".
She didn't say check on her to make sure that she is ok, nothing, just give her a change of clothes. Total inhumane and total negligence.

See Exhibit B - Copy of Hospital Bracelet as evidence tat Plaintiff was admitted into the hospital on 8-22-2022
Because of dealing with inmates form several surrounding Institutions, this hospital is known for sending inmates back if it is not critical care that is required

See Exhibit C- The information explaining how Officers or Aliceville FCI staff will handle emergency medical care after hours page 37 and page 38 of the A&O Handbook

Exhibit D- see copy of Appeal to the Warden for compassionate release. Plaintiff made the prison aware of her medical problems and chronic hypertension, seizures and other medical condition that required attention.

Plaintiff had put in over 30 sick call slips and the Clinic at Aliceville FCI responded to stop sending sick call slips, she was on the list to be seen, but was not seen in a timely manner no matter how many attempts that she made to seek medical attention. So plaintiff in the interim suffered excruciating chest pains and hypertension as well as other chronic medical without oversight.

Exhibit E- (4 Pages)see attached Administrative grievance attesting grievance number 1102724-A1
where plaintiff was sexually assaulted by Federal Bureau of Prisons Senior staff Everett Cottrell at FMC- Carswell that the Federal Bureau of Prisons continue to try to cover up or brush under the rug hoping that it will go away, as they are hoping t his medical neglect claim go away.

See Exhibit F- Email from SIS Oklahoma telling plaintiff that the Police at Fort Worth was handling this , again in hopes that it goes away knowing that the local police cannot investigate within the Federal institution, it has to be FBI or US Marshals.

IV - EXHAUSTION OF LEGAL REMEDIES

Plaintiff used the prisoner grievance procedure available a Aliceville FCI to try to resolve the medical neglect problems at Aliceville FCI evident by exhibit D, and the fact that Plaintiff gave Warden Neely a copy of the medical neglect complaint in writing in her Hands as she was walking through conducting her rounds in the SHU ( Solitary Housing Unit)

V -LEGAL CLAIMS

Plaintiff reallege and incorporate by reference all claims written in sections I through IV above

The Medical neglect and deliberate indifference to medical needs, unsafe medical conditions, the lack of medical attention,

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

--------------------------------------------------------------------------------------------------------

denial of emergency medical care in an imminent medical situation, medical disparity based upon race ( because plaintiff fell that this white officer in charge LT B. Love would have never treated an older White women the same age as Plaintiff in this manner to deny medical care when complaining of chest pains especially after letting him know that she has chronic hypertension . Allowing plaintiff to suffer in sever pain for prolonged hours which could have been avoided had they dialed 911, causing emotional and mental anguish, emotional anxiety, did cause mental and physical injuries' did violate Plaintiff Priscilla Ellis' rights and constituted Eighth Amendment  Cruel and unusual punishment  under the Eighth amendment of the United States Constitution.

All have a right to adequate medical care at an appropriate time , especially during an emergency situation requiring care. Plaintiff has served her country honorably as a soldier and spouse for over 30 plus years to protect the same rights under the United states constitution that was being denied and abused by empty suits calling themselves Federal custody Officers, demoralizing humans simply because they have a title inmate, which is despised by many who accept the position of care. custody and control.

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

------------------------------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: #2 amendment
DATE: 04/28/2023 12:00:54 PM

The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably harmed and injured by the conduct of the defendants unless this court grants declaratory and injunctive relief which plaintiff seeks.

(1) Plaintiff were harmed by prison officials

(2) The harm that was caused that put plaintiff in imminent danger of possibly of death when she tells the prison correctional officers that she is a chronic hypertension patient and experiencing excruciating chest pains, causing mental and physical injury, prolonged denial of medical care which could have resulted in death, PTSD, emotional and mental anxiety from a Senior Correctional Officer telling plaintiff that they will not call medical staff nor dial 911 and it was his decision and the laughing and taunting of being helpless as an inmate under their care and no control over getting your own medical help. This was pure torture and a medical lynching in the 21st century. No white man or woman would have been treated this way, but this White Officer took it upon himself along with his black counterparts to deny much needed medical care. This is color of law abuse and racial discrimination as well.

(3) The correctional Officers actions were not necessary nor reasonable to maintain discipline or the orderly running of the prison. This was total negligence in the worst way.

The Court requested that the pleading be amended to identify the harm and damage for each defendant. Each defendant is guilty of maliciously denying adequate and basic medical care during an emergency. Neither are doctors nor medical staff and cannot make a determination as to whether it is urgent or not and should have called 911. One of the officers there Lt B. Love, Officer Lott ,Lt Moore (Male) Officer Beck, Officer Dunkin, Officer Weston should have been more susceptible to an older woman telling them that she was having chest pains and suffer from chronic hypertension and especially during a time when Aliceville FCI was still in Code red from COVID virus, which already mentally antagonized and caused emotional distress on top of the physical pain and suffering.

All of the above officers put Inmate Priscilla Ellis in imminent danger of sudden death by not providing the simple basic medical attention when required by calling anyone listed in the A&O Handbook or their employee handbook, or just having humanity and compassion for a human being.

Officer Fair (female) and Officer Taylor put plaintiff in imminent danger of possible heat stroke or sudden death by coming to pick her up in a van in late August without any air conditioning nor a way to let the window down to allow Inmate Ellis to have air circulating to allow her to simply breathe. These Officers showed no regard for human life simply because as Officer Fair (female ) quite often touts " you are just an inmate".

Warden Neely is responsible for the actions of her employees as the person that is n charge of the overall operations and daily running of the Aliceville FCI institution, and therefore is responsible for the actions of the employees that she entrusts to employ as officers for Care, Custody and control of inmates that she houses. Their negligence and medical indifferences or lack thereof are her responsibility to enforce and oversee that they adhere to the written polices of Aliceville FCI A&O handbook as well as their employee handbook.

Officer Fair (Female) and Officer Taylor as seasoned Correctional Officers in the Federal Bureau of Prisons should have known better then to drive two hours away in a vehicle with no air to pick up an inmate that had been hospitalized for over a week causing more pain and suffering physically and mentally and emotional distress. Inmate could have easily had a heat stroke and died. Correctional officers have to be held responsible for their actions, the same as they hold inmates responsible for their actions, which is why we are in custody, but we are still human and deserve the same constitutional protections as all other citizens, as there is no iron curtain between prison and society. The Laws within the United States Constitution under the Eighth and First Amendments still applies .

Eighth Amendment Cruel and unusual punishment
First Amendment -The right to adequate Medical care
Seventh Amendment-The right to a trial b Jury when seeking punitive damages over the amount of $25 United States dollars.

VI PRAYER FOR RELIEF                                                    Page 5 of 6

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

------------------------------------------------------------------------------------------------

Wherefore plaintiff respectfully prays that this court enter judgement granting plaintiff

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

Compensatory damages in the amount of $5,000,000 ( Five  Million United States dollars ) or an amicable settlement to be determined by this court against each defendant jointly and severally.

Punitive damages in the amount of $5,000,000 ( Five Million United States dollars ) or an amicable settlement to be agreed upon between defendants and Plaintiff , against each defendant jointly and severally.

A Jury trial on all issues triable by Jury

Plaintiff's cost in this suit to include filing fees, legal copy fees and postage

Any additional relief that this court deems just, proper and equitable.

Respectfully Submitted;
Pro-Se
C1, Aliceville FCI
P.O. Box 4000
Aliceville, Alabama 35442

VERIFICATION:

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true.  I certify under the penalty of perjury that the foregoing is true and correct.

Executed at Aliceville FCI, Aliceville Alabama on 4-27-2023

Priscilla A. Ellis
Pro-Se

CERTIFICATE OF SERVICE:

Plaintiff hereby certify that the above complaint was mailed from Aliceville FCI mail receptacle for legal mail on 4-27-2023

Priscilla A. Ellis
Pro-Se
C1, Aliceville FCI
P.O. Box 4000
Aliceville, AL 35442

Date:   03/17/2023                                                                                    Location: ALI
Time:   11:28:37 AM

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

### Request for Withdrawal of Inmate's Personal Funds

ALI-C-A, 03260180 - ELLIS, PRISCILLA

Encumbrance No.:  2332

Please charge to my account the sum of **$402.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
Court Co Clerk, Us Dist
1729 5TH AVE N
7:23-cv-00231-MHH-NAD
BIRMINGHAM
AL 35203
United States

Purpose:  **Court Fees**
Check Memo:  **Fees for 7:23-cv-00231-MHH-NAD**

_____              03260180 - ELLIS, PRISCILLA
**(Signature of Inmate)**                     **(Inmate Register No./Name)**

_____
**(Signature of Approving Official)**

_____              _____
**(Signature of Deposit Fund Tech)**          **(Payment #)**

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

Exhibit A

TRULINCS  03260180 - ELLIS, PRISCILLA ANN - ███████████  ████████  ██████

--------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: GRIEVANCE/DENIAL MEDICAL
DATE: 10/03/2022 09:28:14 AM

Priscilla Ellis
    03260180
    Hospitalized 22 through 28 August 2022
    DCH Hospital , Aliceville, AL

    DENIED MEDICAL ATTENTION BY ALICEVILLE FCI STAFF

On 8-21-2022, Ellis was feeling ill and requested medical attention.  The Officers in the SHU reused to give Ellis medical attention and eventually Ellis pushed the button and asked for them to call a Nurse or Doctor.   They again refused Ellis medical attention but did call the Lieutenant eventually.

SIS Lieutenant B. Love was the Lieutenant on duty that night and he said that it was after 7:30 and the Medical staff had let for the day. I said well I need medical attention I am sick, sick and have chronic hypertension and I had not eaten before you put me in the SHU , so have not taken my medicine yet for the day and I feel  that my pressure is rising and I   and am having Horrible Chest Pains as though am having a Heart attack. I told him that I also have Grandma seizures.

Lt. B Love looked at me and said " you are talking to me so you are ok". I said to him "Sir, I am not a kid, I am an Older Lady, almost 60, I know my body".

Lieutenant Love responded " Well you are acting like a kid right now", " I am NOT calling anyone you will be fine, they will be here by 6:00 am in the morning.

Lieutenant love was laughing and taunting, and his staff the same

Officer Weston, as my Bunkie  ( Cynthia Presume)  "Do you know CPR"?  Ha Ha Ha!  (Laughing and giggling)
Cynthia, said , " I don't know CPR, but I know that this lady is sick", she is not joking".

Weston replies " Well you had best know CPR tonight"  Ha ha ha ( laughing and joking, and the rest of the officers chimed in to laugh and  joke and taunt.

    Officer Dunkin
    Officer Lott
    Officer Weston
    Lieutenant B. Love
    Lieutenant Moore ( Male Lieutenant)

    _____
    _____

After all of the taunting , I asked directly Lieutenant B. Love ( Whom was in charge)

"Sir, are you denying me medical"?  I served my country honorably for over 30 years as a Army soldier nd Army spouse at the highest level, we were part of NATO, and this lets every American have access to adequate medical care."
"LT. B Love  ( Lieutenant in Charge) said " I am NOT calling anyone, you will be fine and walked away with his staff in tow and laughing all of the way out. Lt Love's last words on the eh way out while all were laughing said " I will have them make rounds every 30 minutes to check on you"

This is their normal times for rounds. This was another mimicking Joking, I was not aware, until someone said that is when they come around Ms. Ellis is every thirty minutes. This is sad and shameful. This is the Head Lieutenant of SIS that throws people in the SHU , when he has no evidence or reason to do so. In other words, over reach and abuse of Power
(Color of law Abuse) (violation of Government Ethics), ( Abuse of Office) etc..

Everyone started banging and yelling for HELP, after I started seizing out and no one returned.

I stood in the shower after I could stand from the seizure, and pushed the button over and over trying to keep my blood flowing

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

--------------------------------------------------------------------------------------------------------

and circulated. After what seemed like hours, I came out when I saw it started getting light and just when I told my Bunkie am sorry , will try to lay down, about an hour later

Nurse Etheridge and Officer Robertson came in and said Ellis, "come, we are taking you to medical".

When we got tot he little Medical room in the Shu, Nurse Etheridge did an EKG, she said she could not read it so she called Dr. Williamson and told him she wanted him to read it and told him that my Blood Pressure was 206/118 and so he  told them to bring me over to the Main clinic where he was.

Upon arrival Dr Williamson checked my Blood pressure 3 times and saw that it was escalating and he stopped with the 206/118 and started giving me Nitro Glycerin tablets under my tongue, hooked me up to IV Fluids and  called an ambulance to get me out of there, my chest felt like it was going to cave in and it took the ambulance over an hour plus to arrive , even though they told Nurse Etheridge that they would be there within 20 minutes, it was closer to TWO HOURS for them to arrive.

Once I arrived the Hospital , they took again checked blood pressure it was escalating from the 206/118, they took me down for a CT ( Cat Scan) (Upper) and found that my esophagus was swollen and backed up to my neck and would not allow me to eat anything nor drink and liquids for 4 (Four days) I was eventually put on Oxygen Ventilator) had to use a bed pan, and was in the Hospital for 6 days.

I was told by Dr. Donaldson and Dr. Gharvan that had I gone to sleep that Night of the incident, I would have possibly DIED, yet Lieutenant B. Love and his staff on their own free will denied me medical attention and treatment which caused me mental anguish, physical and emotional pain and grave anxiety that could have resulted in DEATH.

This is worse then the George Floyd/ Chauvin case, when a senior Officer is wrong, then one of the other Officers, should have stepped up and took responsibility to dial 911 to possible preserve life and remove the physical pain and emotional distress.

Just because Ellis was not crying and screaming, they assumed that I was NOT sick.  An adult knows their body, especially a WOMAN.

This should be unacceptable anywhere in t he United States of America, and especially Prison where Inmates rely upon the Federal Bureau of Prisons and Federal Government for Care, and have no other option as persons in a regular community environment.

All involved in this situation should be immediately terminated and or relocated to another facility AFTER they go through further training on handling medical situations.  NONE of them are doctors or medically inclined to determine if someone is malingering or faking.

They should always seek out Medical staff and let the determination be made there, as to further actions on dealing with the Inmate.

This could have been avoided, as Ellis had put in over 30 plus sick call slips since arriving Aliceville FCI and still has NEVER seen the Doctor, even prior to them denying the request for compassionate release.  This should be unacceptable anywhere in the United States to include Prison.

Ellis has NEVER had one incident report since arriving Federal Bureau of Prison for insolence or otherwise, because she is a professional on the outside of prison that was authority, so RESPECTS Authority.

I served my Country so that All Americans can enjoy the protected Freedoms of the United States Constitution that includes adequate Medical Care.

I want TOTAL Accountability for the actions of each of these employees that could have caused DEATH, to me and possibly other inmates , solely because they want to Joke, and taunt and Abuse their power and put on a show amongst each other of " Look at me, I am the Dummy in Charge"!  NO ONE SHOULD HAVE TO GO THROUGH THIS, NO ONE!

No one with a family member at home would not show compassion, especially towards a woman.  We are Inmates but above all we are HUMAN and WOMEN!

I want Full Accountability!

TRULINCS  03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

--------------------------------------------------------------------------------------------------

Medical Services Page 37 of Handbook /A&O Aliceville States":

An inmate will receive adequate Medical Attention.  The BOP inmate Health care delivery system includes local ambulatory clinics as well as major medical centers.  Locally, emergency medical care is available 24 hours a day in ALL OP Facilities . BOP Clinical staff typically covers the day and evening shifts and community personnel meet the Emergency Needs when BOP Clinical staff is not on site.

Page 38 of this Handbook States

All  Emergencies or injuries receive priority for Treatment. Appropriate Medical Care will be provided by Institution Clinical Staff, on call Staff if After Hours, or by community Emergency Medical Providers.   ( This is apparently if the Aliceville FCI Staff calls them in an appropriate manner and time frame to prevent further injury/suffering to them Inmate) Which was clearly not the case in Ellis' case being that she had to wait until the next morning to receive care and suffered throughout the night, as well as the Ambulance Service told Nurse Etheridge that they would be there in 20 minutes and it was almost TWO HOURS before they arrived.  This is not sufficient in a Life or death emergency medical situation.

A change for progress must be made.

Priscilla A. Ellis
U.S. Army Veteran

Incarcerated at Aliceville FCI

Hospitalized at DCH from 22 through 28 August 22
Dr. Donaldson
Dr Gharvan
Dr. Bilten

Exhibit B

Ellis,Priscilla
08/22/22
D0025786426

DOB 12/06/1964 F 57
M0032370l2

Exhibit B

Status Ellis Hospital Breeler

Admitted From 22 August 2022 MMWSA
28 August 22, After being denied medical
8-31-2022 by Aliceville FCI SIS Lieutenant
B. Love & Staff
Ellis had Blood Pressure 206/118 & Esophagus
was swollen shut & backed up to neck could
. am D mind Infant Death



Exhibit C / Page 37 &

# INMATE
# ADMISSION & ORIENTATION
# HANDBOOK



FEDERAL CORRECTIC
ALIC

UPDATED: July 2021

...out the individual inmate outweigh the need to visit the community.

...s an authorized absence from an institution by an inmate who is not under the escort ...member, a U.S. Marshal, other Federal or State agent. Furloughs are a privilege, not a ...nd are only granted when clearly in the public interest and for the furtherance of a ...mate correctional goal. An inmate who meets the eligibility requirements may submit an ...plication for furlough to staff for approval.

## Central Inmate Monitoring System

The Central Inmate Monitoring System (CIMS) is a method for the Agency to monitor and control the transfer, temporary release, and participation in community activities of inmates who pose special management considerations. Designation as a CIMS case does not, in and of itself, prevent an inmate from participating in community activities. All inmates who are designated as CIMS cases will be notified by their Case Manager.

## Marriages

If an inmate wishes to be married while incarcerated, the Warden may authorize him to do so under certain conditions. All expenses of the marriage will be paid by the inmate. If an inmate requests permission to marry he must:

- Have a letter from the intended spouse which verifies their intention to marry.
- Demonstrate legal eligibility to marry.
- Be mentally competent.
- The marriage must not present a security risk to the institution.

Marriage procedures are detailed in local Institution Supplement's.

## Barber Shop

Haircuts and hair care services are authorized in the barber shop only. Hours of ope...
posted in each of the housing units and the barber shop.

## Medical Services

The BOP inmate health care delivery system includes local ambulatory c...
medical centers. Locally, emergency medical care is available 24 ...
facilities. BOP clinical staff typically covers the day and ever...
emergency personnel meet emergency needs when BOP clinical st...

Health services typically include episodic visits for new or re...
through a sick call system, chronic care management for ch...
enrollment in chronic care clinics for regular care, r...
emergency care for injuries and sudden illness, ag...
optimal health and functional status, restorative care...
long-term care and end-of-life care.

Exhibit C / Pages 37 & 38

# INMATE
# ADMISSION & ORIENTATION
# HANDBOOK



# FEDERAL CORRECTIONAL INSTITUTION
# ALICEVILLE

UPDATED: July 2021

...ns about the individual inmate outweigh the need to visit the community.

...ough is an authorized absence from an institution by an inmate who is not under the escort ...staff member, a U.S. Marshal, other Federal or State agent. Furloughs are a privilege, not a ...ght, and are only granted when clearly in the public interest and for the furtherance of a legitimate correctional goal. An inmate who meets the eligibility requirements may submit an application for furlough to staff for approval.

**Central Inmate Monitoring System**
The Central Inmate Monitoring System (CIMS) is a method for the Agency to monitor and control the transfer, temporary release, and participation in community activities of inmates who pose special management considerations. Designation as a CIMS case does not, in and of itself, prevent an inmate from participating in community activities. All inmates who are designated as CIMS cases will be notified by their Case Manager.

**Marriages**
If an inmate wishes to be married while incarcerated, the Warden may authorize him to do so under certain conditions. All expenses of the marriage will be paid by the inmate. If an inmate requests permission to marry he must:

- Have a letter from the intended spouse which verifies their intention to marry.
- Demonstrate legal eligibility to marry.
- Be mentally competent.
- The marriage must not present a security risk to the institution.

Marriage procedures are detailed in local Institution Supplement's.

**Barber Shop**
Haircuts and hair care services are authorized in the barber shop only. Hours of operation will be posted in each of the housing units and the barber shop.

**Medical Services**
The BOP inmate health care delivery system includes local ambulatory clinics as well as major medical centers. Locally, emergency medical care is available 24 hours a day in all BOP facilities. BOP clinical staff typically covers the day and evening shifts and community emergency personnel meet emergency needs when BOP clinical staff is not on-site.

Health services typically include episodic visits for new or recurring medical or dental symptoms through a sick call system, chronic care management for chronic and infectious diseases through enrollment in chronic care clinics for regular care, routine dental care, medical and dental emergency care for injuries and sudden illness, age-appropriate preventive care to promote optimal health and functional status, restorative care to promote achievable functional status, long-term care and end-of-life care.



## Sick Call System

For episodic care, clinical and dental staff will screen the inmate's complaint, give a future appointment based on the nature of the health complaint and enter the appointment date on the "callout" sheet. Inmates will report to their assigned work details after making the sick call appointment. If the medical or dental sick call appointment is scheduled for the same day, the inmate will receive a sick call appointment slip and give it to the work detail supervisor who will authorize the inmate to go to the clinic at the appointed time. Inmates who become ill after the regular sick call sign-up period will notify their work supervisor or Unit Officer to call the Health Services Unit to arrange an evaluation. Inmates requesting health services will be charged a co-payment fee unless staff determines they are indigent and not subject to a co-payment fee.

Inmates in detention or segregation who are unable to attend the scheduled sick call sign up event will access sick call by submitting a written request for evaluation or by verbally asking for a sick call appointment when the Health Services clinician makes daily rounds in the secured unit.

## Emergency Medical Treatment

All emergencies or injuries receive priority for treatment. Appropriate medical care will be provided by institution clinical staff, on-call staff if after hours, or by community emergency medical providers. Clinicians covering evenings, weekends and holidays provide treatment for acute medical problems and directly observed pill lines.

## Medication Administration (Pill Line)

Controlled medications are administered at regularly scheduled times of the day and evening in a specific location in the Health Services Unit known as the "pill line." Clinical staff delivers controlled medications to inmates in detention or segregation units during established pill line times.

## On-the-job Injuries

Inmates injured while performing an assigned duty, must immediately report this injury to their work supervisor. The work supervisor reports the injury to the institution Safety Manager who completes mandatory occupational injury documentation. The inmate must be evaluated by clinical staff and an injury report completed for inclusion in the inmate's health record under the Occupational Medicine section of BEMR.

Inmates who suffer a work-related injury may be eligible for compensation if the injury prevents the inmate from performing her or her usual work duties. However, the inmate may be disqualified from eligibility for lost-time wages or compensation if he or she fails to report a work injury promptly to the supervisor.

U.S. Department of Justice ⎯ Exhibit D   ⎯ ninistrative Remedy Appeal

Federal Bureau of Prisons ▊▊▊▊    ▊▊▊▊  ▊

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Ellis, Priscilla A.          D326D180      C2      Aliceville FCI
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

I am appealing the Warden's decision dated 6-23-2022 to deny my compassionate
release based upon my underlying medical conditions.  First of all, I have
not been diagnosed by a doctor since I have been here., They are  still
not giving me all of my medications as atatched, as soon as I stepped foot
on this compound prior to diagnosing me, the Wack Doctor Li took away a lot
of my medications that have been prescribed to me for years, even prior to
incarceration by the Veterans Hospital.  I have a visible Port exposed that
sticks out of my chest and have not been  x-rayed nor drained and I do
not and cannot get the appropriate diet in the FBOP with my medical
conditon.  They do nto allow me to take my food back to the Unit without
sneaking it out of the Chow Hall which means that I would be hungry or
starved as with my medical Lap Band, I have to eat very slow or throw up
all over the place, it takes over an hour to eat one meal ( Small ) .  I
have seizures , I have hypertension ( CHronic, as my mom died at age 36
from Hypertension) , I have partial hearing in right ear and ear Ulcers
that cause severe pain.  I would like a compassionate release ( see attached

_____          _____
          DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

*Proof, they were well Aware of my
medical Conditions months befor being denied
medical & resulting in Hospitalization*

_____          _____
          DATE          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar
days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

          CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
          DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 7, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PRISCILLA ANN ELLIS, 03260-180
      ALICEVILLE FCI     UNT: A UNIT     QTR: C03-206L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 1102724-A1
DATE RECEIVED   : DECEMBER 1, 2021
RESPONSE DUE    : JANUARY 30, 2022
SUBJECT 1       : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2       :

Exhibit E

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: OKL-E-C

FROM: 03260180
TO: Victor, Sharon
SUBJECT: Director FBOP
DATE: 11/15/2021 02:46:10 PM

To:  Director Federal Bureau of Prisons                                15 November 2021
c/o:  Attorney
320 First St, NW
Washington, D.C. 20530

To:  Director
South Central Region
Federal Bureau
344 Marine Forces Dr.
Grand Prairie, Texas 75051

Priscilla Ellis
03260180
5C-#528
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189-8801

   I am writing to file an official complaint of Sexual Abuse , sexual harassment and sexual explicit mis conduct against your Unit Manager Everett Cottrell at FMC Carswell.  Your Unit Manager Everett Cottrell has sexually assaulted, sexually harassed mentally harassed and tormented me for the past two plus years.  I had no where to turn to and if you notice in all of my complaints, his name was never mentioned because he always threatened me that he is the ONLY person that can help me and that he told everyone that they were to refer me to him.  In all NO one would help me.  The counselor and the Unit Case Manager even as I was leaving  Case Manager Groves told me if you have questions about your transfer, talk to Mr. Cottrell.  I know that it should not work this way, as the Prison staff at Hazelton were professional and did not work in this manner.  I have 100% CLEAR Conduct so why would a Unit Manager have so much interest in one inmate?  Why?  because he was sexually abusive, towards me consistently over and over .  Mr. Cottrell told me that even if I tell the Warden or AW, neither could help me as they cannot tell him how to run his unit and he would just lock me down on Level 5 again, where he had done for over 5 plus months with 100% Clear conduct.  I knew that I already had limited time to communicate with my family and needed to be out to work on my legal pleadings so did not test his threats.

Mr. Cottrell fondled my breasts, rubbed his black ugly body against mine, rubbed his Penis against my body on more then one occasion the last is in July/August when he brought me my added contacts from the Attorney General for the unlawful SAM that he falsified documents to have attached at the request of my sentencing district.  I followed him into the copy room to make me copies of the modified form for the contact approval and he rubbed his penis against my body and asked how does that feel?  He talked dirty , vulgar explicits and again always made known that he was and had the Power to do whatever , whenever to me with no one to question him as I was just an inmate.

I did try to tell the Warden and AW that something was going on, I told both of them on more then one occasion that I did not include his name into anything because I was warned that he was very vindictive and had more power on Carswell then the Warden, and I NEVER IN ANY OF THE ADMINISTRATIVE REMEDIES included his name in anything except for the copies that he provided to me while in lock down of first grievances.  That is it!  I was too afraid and did not want to be locked down again as he threatened, even to the last week before leaving Carswell, he denied me medical attention and told Dr Ingham and his staff to not provide me medical treatment.  I no longer feel safe in the Federal Bureau of Prisons and would like to be housed in a Private facility while my attorney works my case.  I want to file immediate Criminal Charges against Everett Cottrell, Unit Manager at FMC-Carswell for sexual abuse, sexual harassment, explicit sexual vulgarities and unwanted and un authorized touching for almost two years and mental harassment.

Please send an investigator to speak to me urgently and please remove me to a private facility not controlled by the Federal Bureau of prisons .

If my attorney needs to make contact with you, then I will ask him to reach out to you.

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: OKL-E-C

---------------------------------------------------------------------------------

FROM: 03260180
TO: Johnson, Kenietta
SUBJECT: Mayor
DATE: 11/28/2021 01:01:11 PM


Mayor Mattie Parker                                   11-27-2021
200 Texas Street
Fort Worth, Texas 76102

Fort Worth Police Department           REL  Criminal Charges for Sexual Assault
505 W. Felix
Ft Worth, Texas 76115

Congresswoman Beth Van -Duyne

   Hello Mayor Parker; Fort worth Police Department and Congresswoman Van-Dune;

   I am writing to let you know of the Sexual assault, sexual harassment, vulgar explicit sexual language, mental and emotional abuse that I endured over the past two plus years while in the Admin unit at FMC -Carswell by the Unit Manager Everett Cottrell, who falsified documents to send to the Attorney General Barr to add unlawfully applied SAM using false allegations that I was not indicted nor convicted for, but Attorney General Merrick Garland reversed it in September 2021 stating that I was right as a matter of law, and now have to get relief through the Courts for the Double Jeopardy sentence that the prison staff applied 19 months after my final sentence.   There are several women here at the Transfer Center in Oklahoma that have been sexually assaulted , emotionally tormented y the FMC-Carswell staff and then although Texas is my Region, am from Killen, Texas ( Fort Hood, Texas) This is my home since March 1994, as a military transplant, to continue their cover up, they transfer me all across the country away from my family to Waseca, Minnesota. This is way over 500 miles out o my region.  I have never had any mis-conduct or write ups my entire tie in the FBOP, as I know that I was falsely accused and thrown into a conspiracy in which I was a victim.  Please see attached that I sent to the Director of the Federal Bureau of Prisons

I want to file criminal charges on Everett Cottrell, Unit Manager at FMC-Carswell. He sexually assaulted me repeatedly with unwanted touching, rubbing his body against mine, using elicit vulgar sexual remarks. He threatened me repeatedly that if I tell anyone, he would lock me down, this would prevent me from talking with my family or working on my legal case. He had locked me down for almost 9 months in solitary confinement before 23/24 hours a day with good conduct, so I believed him. He has had the mail room clerks, Ms Coleman and Ms Reader Ashbury and his secretary Ms Adkins, tamper with my legal mail, so I started sending it out certified and some never arrived , Cochran law firm was sent in May 2021 , still says out fro delivery the Supreme court  7020-1810-0001-9911-5317 sent 17 August 2021 to Supreme Court ( not traceable)
7020-1810-0001-9911-8157 sent to Supreme Court in July 2021 ( not traceable) contact my sister  Retired Army Sharon Callens at 254-630-6885
5328 CenterHill Drive
Fort Worth, Texas 76179

I sent her copies of the legal Civil rights lawsuit I filed in May, she will give you the tracking number, set in May, still says out for delivery.   They tampered with the mail system, am sure at Mr Cottrell's request. I sent a legal box out with all of my legal on 27 October, to date it is unlocateable. Where did Mr Cottrell have Ms Reader and Ms Coleman send it?

This man is beyond corruption.  I am sure that I am not the  only person that he has done this to. I had n one to tell and could not tell anyone so imagine, the Trauma that I have endured. When I arrived the Transfer Center, the Officer must have seen a sigh of relief come over me, with 8-10 of us in line, she only came to me and asked what was my name and was nice through out the in-processing and I broke down crying like a baby when I went to see the Psychiatrist in processing.  I had a mental / emotional break down. Before I left i had a seizure and injured my shoulder, it was swollen, I could not move it nor wash my bottom and Mr Cottrell to Dr Ingham and his staff to not give me medical care that I was trying to get a medical hold.

This should not be happening in a prison in the United states of America.  I sent a criminal complaint to the Sheriff's Department, but want to file one with the Police as well. I do not want this gettign swept under the rug.  I refuse to allow it to happen again to anyone.  I do not feel safe in Federal Custody and want to be sent to a Private Federal Facility while my Attorney is getting me a court date.

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: OKL-E-C

--------------------------------------------------------------------------------

FROM: 03260180
TO: Al Green, Congress
SUBJECT: irena,Porter Berry
DATE: 12/05/2021 12:03:15 PM

To: Fox News

I was sexually abused, sexually assaulted, sexually harassed for over 2 years by my Prison Unit Manager in the Federal
Bureau of Prisons at FMC- Carswell, and they are trying to brush it under the rug.  He has manipulated the system and
modified my final sentence after  19 months of final sentence, threw me into solitary confinement for over 9 months for 23/24
hours per day when I have good conduct, never any disciplinary problems my entire time in the FBOP.  I want to and need to
talk to the News Media.  The cover up of what's going on in these women prisons need to stop.  There are over 12 of us
sexually assaulted at Carswell alone , and some were even given venereal diseases. One lady here with me was penetrated by
a Lieutenant, and no one is trying to help us. Psychology comes to see us once per week and gives us puzzles.  That is not
taking away the pain and suffering. Neither of us feel safe in the eh custody of the FBOP and wants to be transferred to private
facilities.  Please call here to the Federal Transfer Center in Oklahoma City, Oklahoma, or have Sean Hannity, Lawrence Jones,
Laura Inghram, Bret Behr or Tucker Carlson call here and ask for the Counselor Zapeda to pull me out to speak to me and the
other inmate. I wrote the Mayor of Fort Worth, The police Dept and the Sheriff's dept telling them that I want to file charges and
to date have not heard back from them.  SIS came to speak to me last week, almost a month after being here at the Transfer
Center.  There is so much more to tell.  My Sister is Retired Army and my P.O.C. Sharon Callens 254-630-6885.  I am a US.
Amy Veteran.
Please, someone contact me, I need your help and believe that the public has a right to know what's going on there, one at a
time, we are getting no where we want to speak out collectively.

Thank you for your help!

Priscilla A. Ellis
U.S. Army Veteran
-----Al Green, Congress on 12/5/2021 9:37 AM wrote:

>

769-572-5498

## OKL-InmateToSIS - Re: ***Request to Staff*** ELLIS, PRISCILLA, Reg# 03260180, OKL-E-C

**From:**    OKL-InmateToSIS
**To:**      ~^!ELLIS, ~^!PRISCILLA ANN
**Subject:** Re: ***Request to Staff*** ELLIS, PRISCILLA, Reg# 03260180, OKL-E-C

Yes, the local police and FMC Carswell are taking care of this.

>>> ~^!"ELLIS, ~^!PRISCILLA ANN" <03260180@inmatemessage.com> 11/24/2021 8:49 AM >>>
To: Investigations
Inmate Work Assignment: Sexual assault

***ATTENTION***

Replies to this message will not be delivered.

***Inmate Message Below***


I have been here three weeks and no one has come to speak to me about the sexual assault at FMC-Carswell.   Is this because I reported to the local Sheriffs' so you don't need to take my statement and also the PREA Hotline?

Thank you



**U.S. Department**
**of Veterans Affairs**

OLIN E. TEAGUE VET CENTER
1901 VETERANS MEMORIAL DRIVE
TEMPLE TX 76504

Page 1 of 2

Notary Page attached

20204583 000553 MM
PRISCILLA A ELLIS
PO BOX 27127

Exhibit G   -Veterans ID

*11ᵉ Circuit NO.*
*21-11762*
*USDC - 8:19-CV-03169-Sdm-Tbc*
*2nd USDC No: 8:16-cr-00502- JSM-A&P*

D.O.B: 12-5-1964
SS#: 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
Place of Birth:   Schlater,
                  Mississippi

Parents:   Gladyie Johnson
           Samuel Flowers**a**



Attached is your new
Veterans Health Identification Card.

This card is only for use as a means of identification when reporting for your appointment at VA medical facilities. Please bring this card each time you have a VA appointment so we may ease your appointment check-in process.

This card cannot be used as a credit card or an insurance card, and it does not authorize or pay for care at non-VA facilities.

If you have questions regarding VA healthcare benefits, please call 1877-222-VETS (8387). You may also access health care information on the web at www.myhealth.va.gov.

I priscilla Ellis-Erkkila affirm under the penalties of perjury that the Veterans Identification Card # 1207791721 is an original copy of the actual Federal Identification card issued by the US Department of Veteran Afrairs.

_Priscilla A. ELLis-Erkkila_
Priscilla A. ELLis-Erkkila

_11 - 9 - 2020_
Date

Notary

On 9th November 2020, in Tarrant County, Texas

① Maria E. Adkins          Certify that Priscilla A. Ellis-Erkkila appeared before me as the person appearing on the Identification card iisued by the US Department of Veteran Affairs and that the Identification card is an original Copy of the issued Identification card number 1207791721.



Maria E. Adkins
Printed Name:

MARIA E. ADKINS
Notary Public, State of Texas
Comm. Expires 05-24-2022
Notary ID 131581199

Notary Stamp

May 24, 2022
Notary Expiration Date

TRULINCS  03260180 - ELLIS, PRISCILLA ANN -  Exhibit H -Request SHU Administr
-----------------------------------------------  Form

FROM: 03260180
TO:
SUBJECT: PUT IN SHU Want Admin Grievance FORM
DATE: 04/27/2023 12:26:17 PM

I want a copy of the Administrative Form of why I was put in the SHU. I had not done anything. I did what I was suppose to do. on 8-18-2022, I was in room 132 in Unit C2 and a Mexican Inmate Mayra Flores had just gotten out of the SHU for the 2nd or 3rd time. They housed her in 132 upper with me, and she came in using profanity and screaming " This is my fucking room now and if you don't want to live with me, you can move the Fuck out".

I didn't say anything to her, immediately ( Evidenced by the Cameras) went to the Unit team area and the door was locked , so started banging on it after seeing Case Manager Edgeworth and Mr. McDaniels sitting at their desk. I could hear Mr.. McDaniel's saying get the Fuck away from that door.

I kept banging and yelled Mr. McDaniels, it is Ms Ellis and it is Urgent. He did not open it, but Ms. Jemison, Case Manager for C4 was coming down the Hall a nd saw me, so she came and unlocked the door and beckoned me in and I told Mr Mcdaniels what happened and asked if he could please move this girl into the room with her friends or somewhere else that 219 is empty, I am trying to go home and working with t he FBOP attorney for my Double Jeopardy and Mr McDaniels replied " Ms Ellis , you know what to do, at 4:00 count refuse housing and go tot he SHU"!

How did I know what to do? I had NEVER been in any trouble before.

I was crying to him and still, he turned me away, I had NEVER asked him for anything. This man Never knew my name.

Yet instead of trying to ask, or come to a solution to not cause problem to escalate, he did his natural thing,, turn me away, because am older and an inmate.

I walked back to the room and prayed and got up the next morning 8-19-2022 ( Friday) for breakfast and saw the CPT on the compound and told the Captain ( CPT Mosby) what happened, and CPT said did you go to Unit team, and I said "yes" and told her that Mr Mcdaniels told me to refuse 4:00 count and go to the SHU".

The CPT looked startled and shook her head No and said on Monday she would talk to Unit team, because they don't work on Friday.

On both nights, Mayra Flores came into the room high and said she was smoking K2 upstairs in a smoking room,, camera can see and that she was falling off the toilet and saying she was stuck and left lights on until 3:47 am. I told her I was telling the Staff.

On Sunday , Mayra Flores, Joanne Tragas and others started writing to SIS to tell them that I threatened Mayra Flores. I had NEVER to date said one word to this lady other then I was telling that she was using drugs and I don't use drugs and do not want to be housed with anyone using drugs and falling all over and stuck to toilet . No yelling , no profanity.

I was preparing my food on 8-21-22 between 12:30 to 1:30 to eat before my VIDEO VISIT with my sister at 3:30 in which I had already asked Officer Holdiness that morning if it was okay for me to attend my 3:30 visit because some officers will tell you that you have 15 minutes or the entire visit. Officer Holdiness informed me that he would be leaving at 2:30 so it was up to the Other Officer.

Yet, SIS Lt Love instead of reviewing the cameras and checking to see that I was only going from my room to get hot water back and forward, because this is how I warm and prepare my meals , and to check to see that I had a Video visit scheduled for 3:30.

Lt B. Love without any evidence of a threat nor altercation other then inmate colluding to send emails as he see from the cameras them at the table together prior to.

Lt B. Love said I have to put you in the Shu. I said for what, put her in t he Shu, she just got out, and he said, she is not seeking protection from you, so you are goin g to the SHU because she said you are fighting at 3:00/

How remedial and kiddie is that? Had he listened to my side that I had sent him an email telling him to check the phone from he 8=18-22 where Pinky 115 lower had allowed Mayra Flores to use her telephone to call a man that they are

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-A

---------------------------------------------------------------------------------------------------

all getting money from ( Mayra Flores) was bragging about it during her ramblings of high on K2 and stuck on the toilet.

Also Lt. Love could have easily checked the Cameras to see that there was only one person that came in the room to speak to Ellis was Ta Ta #115 Upper.

Also Lt B. Love could have easily checked to verify that Ellis was telling the truth when she told him that she had a video visit with her sister at 3:30.

I am NOT a kid and do not play kid games. Lt Love had no reason to put me in the Shu, but could have easily told Officer Holdiness to relocate one of us to another room, as they did for Inmate Sajere a coupe of days before , when her Bunkie started yelling at her.

I was in the SHU from 21 August through 13 September ( Minus 6 days (six) days that I was in the Hospital and to date has still not received the Administrative Segregation form from the Lieutenant's Office to show why I was put in the SHU.

I lost a lot of property and commissary that I should have not lost. Brand new commissary that was Never opened, whole bag of candy cereal , coffee etc.. Booklight that was purchase and Carswell, they don't have here.

There was no reason for me to have lost this stuff. Family photos was the most important as hard to replace them in prison environment.

Everyone has a right to Due Process and to know why they are being arrested and thrown into Jail, which is essentially what the SHU is a Jail in the Prison community.

I would like a copy of the Administrative Segregation form and I want accountability for Mr McDaniels and Lt B. Love's actions which could have been avoided.

I've NEVER disrespected any staff member and try to treat all cordially , no matter what. I know that I am just an Inmate here, this is not my business, but I do know that I am entitled to Due Process and Respect as well. Respect is a two way street, whether you are the giver or receiver and all is entitled.

Right is right and wrong is wrong, these people filed out an application for this Job, no one knocked on their door and dragged them out of their homes to work at a Prison, so they should be held accountable for their actions as all others in any employment environment.

Yes, some of us are over the top, that they understood this when they accepted the Job, but you cannot label all Inmates the same as we cannot label all staff as uncompassionate, careless and corrupt.

All of this could have been avoided.

Priscilla A. Ellis
03260180
C1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS reverse side and sup~~~~ form. Use additional s~~~~, ~~~~ additional instructions. | Exhibit I -Ignored Tort |
|---|---|---|

Exhibit I -Ignored Tort

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Federal Bureau of Prisons 320 Pennsylvania Ave First St, NW c/o: General Counsel Washington, D.C. 20534 | Priscilla A Ellis 03260180 C1 - Aliceville FCI P.O. Box 4000 Aliceville, AL 35442 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 12-6-64 | | 8-21-2022 | 7:00 Pm |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

I was denied medical attention by SIS Lt Love, male Lt moore, officer Weston, officer Dunlen, officer Lott, Evidenced by Cameras they Caused mental Anguish & Anxiety, Increased physical pain & mental stress & Emotional Anxiety, Could have resulted in death (SEE attached written Complaint Ended up in Hospital with Blood Pressure 206/118 on bed Pan & Oxygen For 6 days

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

denied medical which caused Extended pain & suffering & mental & Emotional Anxiety & All are liable & culpable for Extended suffering that could have resulted in death Had I Not Been An Army veteran & trained to endure

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Bernetta Willis   Katie Silva | Aliceville FCI P.O. Box 4000 Aliceville, AL 35442 |
| Cynthia Aesume   Ana Buckley | |
| Shade' Castro   Tabitha whitney | All Located @ Aliceville FCI |
| Aleana Rodriguez   Farrow | P.O. Box 4000 Aliceville, AL 35442 |

| 12. (See instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | $10,000,000 Ten million U.S.D | | $10,000,000 Ten million U.S.D |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | P.O.C = Sharon Callens 254-630-6885 | 10-11-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/200 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following:  5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS
### Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to   Director, Torts Branch
    Civil Division
    U.S. Department of Justice
    Washington, DC  20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC  20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 15. Do you carry accident insurance? | Yes, if yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. | ☒ No |
|---|---|---|

*NO*

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|

*NO*      *NONE*

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

*NA*

| 19. Do you carry public liability and property damage insurance? | Yes, if yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* | ☒ No |
|---|---|---|

*NA*

SF 95 (Rev. 7-85) BACK

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

*NA*

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BAC

Additonal Exhibits attached:                    Amended Civ:7:23-cv-00231-MHH-
                                                                          NAD
Exhibit J- Hospital Bracelet for GI Labs- No follow care

Exhibit K- Administrative Remedy to Central Office   After no
response from Warden/Regional Director

Exhibit K1- Admin Remedy #1140045-A1 Medical Grievance Write up

Exhibit K1 Page 2 - Continuance  of Admin Remedy to Central Office

Exhibit L- Request for Medical Care /Ignored started 3-22-22
After bad seizure and chest Pains while in Quarantine and no
medication

Exhibit M- Request for Medical Care & Response - No Care

Exhibit N- Request for Medical Care & Response -

Exhibit O- Request for Medical Care & same Response, watch the
sick  call  call out - No action/care provided

Exhibit P - Request for Blood pressure and other medications
and again response, watch for chronic care appointment


All of this  and Exhbits M, N,O,P are after Plaintiff's return
from the Hospital stay and medical negligent.

Exhibit J

ELLIS,PRISCILLA
11/07/22
D002581909297
LI,Xinyu

DOB 12/06/1964 F  57
M003237012

Hospital Bracelet
November 7, 2022

Hospital

DCH

LAb testing @ Hospital

Admin Remedy
Exhibit K - Medical Grievance

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 4, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PRISCILLA ANN ELLIS, 03260-180
      ALICEVILLE FCI    UNT: C UNIT    QTR: C01-126L
      P.O. BOX 445
      ALICEVILLE, AL 35442

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 1140045-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED : OCTOBER 13, 2022
SUBJECT 1     : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2     : HARASSMENT BY STAFF
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).    YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS         : SEPERATE EACH ISSUE (MEDICAL, TRANSFER, RETALIATION)
                  ON DIFFERENT INDIVIDUAL APPEAL FORMS AND START EACH
                  AT THE INSTITUTIONAL LEVEL SO WARDEN CAN ADDRESS.

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

*Exhibit K 1*

Federal B█

Type or us  **Exhibit K1- Admin Remedy** —ch of the completed BP-229(13) and BP-230(13), including any attach-
ments must be submitted with this appeal  **Medical Grievance**

From: Ellis, Prisiclla A          0326Q180          C1          Aliceville FCI

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**   I was denied Medical on 8-21-22 by Lt B. Love and his
staff and they taunted and teased about not claiing medical even after
I requested several times for him to seek medical or dial 911 for an
ambulance.  See atatched.  On the way out of the door Lt B Love said
I will not call an ambulance and I will haev the officer check on you
every 30 minutes ( Me being gullible not realizing that is when Officers
come around anyhow) every thirty minutes.  His other Officer Weston, asked
my bunk mate Cynthia Presume if she knew CPR and Cynthia replied No, but this
lady is sick, and Officer Weston gigling and taunting  said" well you had best
know CPR tonight, and they all laughed , evidence by the camera. See attached
complaint filed  in detail.  I srevd my COuntry honorably so that the BOP
can hire rag bags and empty suits liek these that deny the basic care
that men and women like me served honorably in Uniform for them to have.
I ended up having a seizure thank God, the seizure saved my life because I
pushed the button in the shower until daylight to keep blood flowing.
I had blood pressure of 206/118 and was finally taken the next day by
ambulance to DCH hospital from 22 August 2022 through 28 August 22, put on
a ventilator and bed pan and could nto eat for 4 days , nothign but ice.
I almost died.

9-2-2022
DATE                                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

OCT 13 2022

Administrative Remedy Section
Federal Bureau of Prisons

DATE                                                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1140045-A1

**Part C - RECEIPT**                                   CASE NUMBER: _____

Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN          PRINTED ON RECYCLED PAPER          BP-231(13)
JUNE 2002

K1

— Exhibit K1- Page 2/Admin Remedy
Ellis, Priscilla A.      03200100         C1     Aliceville FCI
continuation for the Denied Medical on 8-21-2022 by LT B Love SIS
& STaff.

The Hospital upon arrival started immediate tsting and blood pressure
checks and blood pressure reamined above 206/118 and climbing.  THey
sent me down for a CT scan and found that my esophagus was swollen
and backed up to my neck causing the chest pain, like a heart attack.
I had put in over 30 plus sick call slips prior to this for this
problem.  Ti did nto just abruptly happen, it got worse.  I told
Dr. Li and medical staff that I had a port that protrudes my chest
and that it needed to be serviced, and that I was having chest pains
on more then one occasion, even immediately upon arrival to Aliceville
FCI in March 2022.  They told me to stop sending sick call slips.

What Lt B. Love and Lt Moore ( Male) Officer Dunkin, Officer Lott,
Officer Weston , Officer Pearson and others unknown did to me that
night taunting, joking and laughign that they are not going to call
medical and that I would be alright until the next day, and caused
more extreme pain, mental and physically and anxiety and caused
a servere epilepsy atatck.
The doctors said, had I gone to sleep that night, I woudl have died.
I suffered in pain , and afraid to go to sleep that night in fear of
death.  I was in so much pain.  If I had not been in that SHU cell
by SIS Love pugtting me there without investigating an incident nor
did he give me a Paper saying why I was there .

I would have died due to his and his staff carelessness and denial
of medical.  I want full accountability and compensation.  I want
to be relocated to Military/veteran housing as I definietly do NOT
feel safe at the hands of the FBOP nor Aliceville and fear retaliation
as he has been relieved from his SIS LT position.  I fear every time that
I pass this man in the chow hall.  No one should have to endure such
stress when suffereing with extreme PTSD already.

Priscilla A. ELlis                              Date: 9-2-2022
U.S. Army Veteran

Attachment:   Medical grievance write up in detail
It is despicable what was said and doen to me on camera on 8-21-2022
by Lt. B. Love and his staff, no one should have to endure this and
I want to make sure that no one else does.  They all need to be terminated
and/retrained on their poisitons and humanity.  They are NOT medical
staff adn shoudl nto deny ANYONE requesting medical service/care
a medical expert to evaluate their circumstance and condition.

Exhibit L - Request for Care

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| L. Xi / Administrator | 3-15-22 |
| FROM: Priscilla Ellis | REGISTER NO.: 03260180 |
| WORK ASSIGNMENT: | UNIT: A3  /03-206 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I have sent multiple Cop outs & Sick Call Slips. I have
been on this Compound 15 days without Adequate medications. I'm weak.
have not received my Potassium nor multi Vitamins. I have a Trachea Port
(Port Sticks out of Chest) so visible. I cannot take the Huge Probiotics that
they sell on Commissary & they are not chewable. Vitamins are part of my Chronic
Care for over 20 plus years. Potassium gets detrimentally low, my legs are in Pain & I'm weak
can't stand for long periods. I have not received my Nasal Spray, have Acute Sinusitis/allergy.
Almost died from Asthma as a child Has not received my Prozac for PTSD nor AMI, Prescribed
by VA as Army Veteran Suffering from PTSD. It's been over 15 days, multiple Sick Call Slips
Copouts. What do I need to do? Even with lower Cell for Seizures still on Top Floor + had seizure

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

ms,   ว  was
redications please?

USprimate.com

So Central Region
Brighton

South Eastern
Regional 7

SICK CALL          Exhibit M

BP-A0148
JUNE 10          **INMATE REC**     — Exhibit M- Request for Care/Resp
U.S. DEPARTMENT OF JUSTICE                                        .ISONS

| TO: (Name and Title of Staff Member) SICK CALL | DATE: 9-20-22 |
|---|---|
| FROM: Priscilla Ellis | REGISTER NO.: 0326080 |
| WORK ASSIGNMENT: Meds Refill /☐ Street | UNIT: P1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I need my medicine Refills for my
Potassium, multi Vitamins
Seizure & Pain medicine for my shoulder which
serves Double Purpose - Tegritol /CARbAZZAmine. I Have
Not Had it since leaving the Hospital. Have Had 2 seizure
since & Shoulder in PAin - need Vitamin B12 &
Vitamin D refills & New Refill Hospital started me on
As A 3rd Blood Pressure Amlodipine 10mG. Also Need my Tinzedar
nightmares severe
(Do not write below this line)

DISPOSITION:

A temporary renewal of your medications has been
requested. Please monitor the call out for
your appointment.

| Signature Staff Member S. Bailey Registered Nurse FCI Aliceville | Date 9-21-22 |
|---|---|
| Record Copy — File/Copy — Inmate | |
| PDF   Prescribed by P5511 | |

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO ST**

— Exhibit N-Care REquest/Response

| TO: (Name and Title of Staff Member) | DATE: $9 - 26 - 22$ |
|---|---|
| FROM: Priscilla Ellis | REGISTER NO.: 03260180 |
| WORK ASSIGNMENT: Need to See Dr for Refills | UNIT: C1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

✓ Please Dr Li, would you schedule me An Appointment so that I can have A refill on my medications instead of Temporary. My Medical Problems Are Chronic for 20 plus years & I Also Need my Tinzedone & Aspirin refilled As well As Atenolol, Vitamin D, B12, Tegritol, Potassium, amlodipine, hydrochlorthiazide

(Do not write below this line)

Thank You!

DISPOSITION:

Your current prescriptions are valid until 10/10/22.
You are due for chronic care. Please monitor the
call out for your appointment. If not seen before
10/8/22, please turn in a sickcall request for a temporary
renewal.

| Signature Staff Member | Date $9.29.22$ |
|---|---|
| Record Copy - File; Copy - Inmate | |

PDF                                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**SECTION 6**

BP-A148.055 — Exhibit O-Request for Care/Resp   **U.S. DEPARTMENT OF JUSTICE**
SEP 98      ~~FEDERAL BUREAU OF PRISONS~~

**INMATE REQUEST TO STAFF**

| TO:(Name and Title of Staff/Member) Nurse Shatt n L | DATE: 10-12-2022 |
| FROM: Priscille Ellis | REGISTER NO.: 0326 0180 |
| WORK ASSIGNMENT: Medication Refills & Annual Exam | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Please Refill the Below Prescriptions

Am Lodipine, Atenolol, B-12 Vitamin D, Multi Vitamin
Tegritol, Potassium, hydrochlorathiazide, ProAsn, PAXil

Please Schedule my Annual Dr. Exam. & Renew
my Medications!

Thank-you!

(Do not write below this line)

DISPOSITION:

These were just filled 10/11/22 for a two week
supply. Too soon to request next refill.
Please submit a sick call form closer
to the expiration date.

| Signature Staff Member | Date |
| B. Bailey Registered Nurse FCI Aliceville | 10.14.22 |

Record Copy - F... (This form may be ...

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

*Please Refill Medications P.*

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUST.

Exhibit P Request Medical/Resp

BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Nurse Bailey / Staff | DATE: 10·10·22 |
|---|---|
| FROM: Priscilla Ellis | REGISTER NO.: 03260180 |
| WORK ASSIGNMENT: Re new Medication | UNIT: C1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request. Please Refill my medicine

Atenolol, B-12, vitamin D, multi vitamin, Amlodipine,
Potassium, Tegritol, Aspirin, Paxil. Dr. Carbonell says
She has my PTSD noted in both sides. no mental/physical
so no reason for me not to have my Meds.
Please schedule my Annual Appointment.
Thank you!

(Do not write below this line)

DISPOSITION:

Please monitor the call out for your
annual chronic care clinic appointment.
You picked up a two week supply of medications
today.

| Signature Staff Member | Date 10·14·2022 |
|---|---|

Record Copy - File; Copy - Inmate
PDF                            Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**